Kelly McCarthy Sutherland, Esq., #168222
LOMBARDO & GILLES, LLP
318 Cayuga Street
Salinas, California 93901
Telephone: 831.754.2444
Facsimile: 831.754.2011

Attorneys for Plaintiffs
ASA Farms, Inc. and Braga Ranch

**FILED**

2008 JAN -8  A 11: 20

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASA FARMS, INC., a California corporation and BRAGA RANCH,<br><br>Plaintiffs,<br><br>v.<br><br>FRESH 'N HEALTHY, INC., a Delaware corporation, MARK WILLIAMS, an individual; JACK PARSON, an individual; STEVEN CINELLI, an individual; CHAD HAGEN, an individual, SANTOS MARTINEZ, an individual; DON BEAM, an individual; DARRYL NICHOLSON, an individual; RICHARD MAY, an individual; THOMAS COLOGNA, an individual; PRESTWICK PARTNERS, LLC, a California limited liability company; SOLSTICE VENTURE PARTNERS, LLC, a business entity form unknown; VFINANCE INVESTMENTS, a business entity form unknown; FMP VINEYARD, LLC, a New Mexico limited liability company; BUTTONWOOD OPTION, LLC, a business entity form unknown; DW, LLC, a business entity form unknown; M SOLAZZO TRUST 2002; P. SOLAZZO 1998; GIBBONS FAMILY TRUST; BIXLER TRUST; STEIGERWALD TRUST and CARTER TRUST, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. **C08 00122 PVT**<br><br>**EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER** |

---

1

ASA Farms v. Fresh 'N Healthy, Inc. et al.
Case No.
Ex Parte Motion for TRO

1 | **PLEASE TAKE NOTICE** that Plaintiffs move this Court to issue a preliminary injunction under Rule 65(a) of the Federal Rules of Civil Procedure enforcing the statutory trust pursuant to Section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. 499e(c)(5) by segregating all trust assets of Fresh 'N Healthy, Inc.

This motion is based on the Declaration of Rodney Braga, the Memorandum of Points and Authorities in Support of Preliminary Injunction, and the records and pleadings in this action.

This motion will be before the Court in Courtroom _____, ____ Floor, 280 South 1st Street, San Jose, California on January ____, 2008 at _____.

Dated: January 7, 2008

LOMBARDO & GILLES, LLP

By: _Kelly Sutherland_
Kelly McCarthy Sutherland
Attorneys for Plaintiffs
ASA Farms, Inc., and Braga Ranch

---

ASA Farms v. Fresh 'N Healthy, Inc. et al.
Case No.
Ex Parte Motion for TRO

2