1  Kelly McCarthy Sutherland, Esq., #168222
   LOMBARDO & GILLES, LLP
2  318 Cayuga Street
   Salinas, California 93901
3  Telephone: 831.754.2444
   Facsimile: 831.754.2011
4
   Attorneys for Plaintiffs
5  ASA Farms, Inc. and Braga Ranch

6

7

8              IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10 ASA FARMS, INC., a California corporation and ) Case No. C 08-00122PVT
   BRAGA RANCH,                                  )
11                                               ) **DECLINATION TO PROCEED**
                    Plaintiffs,                  ) **BEFORE A MAGISTRATE JUDGE**
12                                               ) **AND REQUEST FOR**
   v.                                            ) **REASSIGNMENT TO A**
13                                               ) **UNITED STATES DISTRICT**
   FRESH 'N HEALTHY, INC., a Delaware            ) **JUDGE**
14 corporation, MARK WILLIAMS, an individual;    )
   JACK PARSON, an individual; STEVEN            )
15 CINELLI, an individual; CHAD HAGEN, an        )
   individual, SANTOS MARTINEZ, an individual;   )
16 DON BEAM, an individual; DARRYL               )
   NICHOLSON, an individual; RICHARD MAY,        )
17 an individual; THOMAS COLOGNA, an             )
   individual; PRESTWICK PARTNERS, LLC, a        )
18 California limited liability company; SOLSTICE )
   VENTURE PARTNERS, LLC, a business entity      )
19 form unknown; VFINANCE INVESTMENTS, a         )
   business entity form unknown; FMP             )
20 VINEYARD, LLC, a New Mexico limited           )
   liability company; BUTTONWOOD OPTION,         )
21 LLC, a business entity form unknown; DW, LLC, )
   a business entity form unknown; M SOLAZZO     )
22 TRUST 2002; P. SOLAZZO 1998; GIBBONS          )
   FAMILY TRUST; BIXLER TRUST;                   )
23 STEIGERWALD TRUST and CARTER TRUST,           )
   and DOES 1 through 50, inclusive,             )
24                                               )
                    Defendants.                  )
25                                               )
                                                 )
26 _____

27 REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

28                              1
   _____
   ASA Farms v. Fresh 'N Healthy, et al.
   Case No. C08-00122 PVT
   Declination

1  The undersigned party hereby declines to consent to the assignment of this case to a
2  United States Magistrate Judge for trial and disposition and hereby requests the reassignment of
3  this case to a United States District Judge.

4  Dated: January 8, 2008                    LOMBARDO & GILLES, LLP

6                                     By: /s/ Kelly Sutherland
                                           Kelly McCarthy Sutherland
7                                          Attorneys for Plaintiffs
                                           ASA Farms, Inc., and Braga Ranch

                                                2

ASA Farms v. Fresh 'N Healthy, et al.
Case No. C08-00122 PVT
Declination