**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | | |
|---|---|---|
| **ASA FARMS, INC.,** | ) | C 08-00122 PVT |
| Plaintiff(s), | ) | |
| vs. | ) | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **FRESH 'N HEALTHY INC., ET AL.,** | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has sought immediate judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not hear without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

Dated: January 8, 2008                    RICHARD W. WIEKING,
                                          Clerk of Court

                                          /s/ Corinne Lew
                                          _____
                                          Deputy Clerk