UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASA FARMS, INC., <br>                 Plaintiff, <br> V. <br> FRESH 'N HEALTHY, INC., <br>                 Defendant. | Case Number CV-08-122-JF <br><br> Case Management Conference <br><br> May 2, 2008 <br><br> CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on May 2, 2008 at 10:30 a.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

January 11, 2008

                                      For the Court
                                      Richard W. Wieking, Clerk

                                      By:   /s/
                                        Diana Munz
                                        Courtroom Deputy Clerk