1  Kelly McCarthy Sutherland, Esq., #168222
   LOMBARDO & GILLES, LLP
2  318 Cayuga Street
   Salinas, California 93901
3  Telephone: 831.754.2444
   Facsimile: 831.754.2011
4
   Attorneys for Plaintiffs
5  ASA Farms, Inc. and Braga Ranch

6

7

8                IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10 ASA FARMS, INC., a California corporation and  )  Case No. C08-00122JF
   BRAGA RANCH,                                   )
11                                                )  **PROOF OF SERVICE FOR**
                  Plaintiffs,                     )  **JACK PARSON, AN INDIVIDUAL**
12                                                )
   v.                                             )
13                                                )
   FRESH 'N HEALTHY, INC., a Delaware             )
14 corporation, MARK WILLIAMS, an individual;     )  Date of Hearing:   January 18, 2008
   JACK PARSON, an individual; STEVEN             )  Time of Hearing:   9:00 a.m.
15 CINELLI, an individual; CHAD HAGEN, an         )
   individual, SANTOS MARTINEZ, an individual;    )
16 DON BEAM, an individual; DARRYL                )
   NICHOLSON, an individual; RICHARD MAY,         )
17 an individual; THOMAS COLOGNA, an              )
   individual; PRESTWICK PARTNERS, LLC, a         )
18 California limited liability company; SOLSTICE )
   VENTURE PARTNERS, LLC, a business entity       )
19 form unknown; VFINANCE INVESTMENTS, a          )
   business entity form unknown; FMP              )
20 VINEYARD, LLC, a New Mexico limited            )
   liability company; BUTTONWOOD OPTION,          )
21 LLC, a business entity form unknown; DW, LLC,  )
   a business entity form unknown; M SOLAZZO      )
22 TRUST 2002; P. SOLAZZO 1998; GIBBONS           )
   FAMILY TRUST; BIXLER TRUST;                    )
23 STEIGERWALD TRUST and CARTER TRUST,            )
   and DOES 1 through 50, inclusive,              )
24                                                )
                  Defendants.                     )
25                                                )
                                                  )
26

27

28
                                          1
   _____
   *ASA Farms v. Fresh 'N Healthy, et al.*
   Case No. C08-00122 JF

Kelly McCarthy Sutherland, Esq.
Lombardo & Gilles
318 Cayuga Street   Salinas, CA 93901

TELEPHONE NO: (831) 754-2444   FAX NO (Optional) (831) 754-2011
E-MAIL ADDRESS (Optional):

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 280 S. 1ST ST. ROOM 2112
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE, CA 95113
BRANCH NAME: SAN JOSE/NORTHERN DISTRICT

PLAINTIFF (name each) ASA Farms Inc, et al
DEFENDANT (name each) Fresh 'N Healthy Inc, et al

CASE NUMBER: C08-00122 PVT

**PROOF OF SERVICE**

HEARING DATE:   DAY:   TIME:   DEPT:   Ref No or File No: 3889.002

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

Summons & Complaint; Order Setting Initial Case Management; Welcome to the United States District Court; Ex Parte Motion for Temporary Restraining Order; Memorandum of Points and Authorities; Declaration of Rodney Braga; Temporary Restraining Order (Proposed); Attorney Certification why Notice Should Not be Given; Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge; Clerk's Notice of Impending Reassignment to a United States District Judge; Reassignment Order; Order Denying Ex Parte Request for Temporary Restraining Order without Prejudice and Setting Hearing on Motion for Preliminary Injunction;

PARTY SERVED: Jack Parson, an individual
DATE & TIME OF DELIVERY: 01/14/2008   03:08 pm
ADDRESS, CITY, AND STATE: 19065 Portola Dr #P   Salinas, CA 93908

PHYSICAL DESCRIPTION:
Age: 60's   Weight: 195   Hair: Grey
Sex: M   Height: 6'2"   Eyes: Glasses
Skin: White   Marks:

MANNER OF SERVICE:
Personal Service - By personally delivering copies

Fee for Service: 68.50
County: Monterey
Registration No: 41
Sayler Legal Service, Inc.
455 Reservation Road, Suite E
Marina, CA 93933
(831) 384-4030

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 15, 2008

Signature: [signed]
LAUREL PETERSON

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]   Order#: P110919/GProof1