1  Kelly McCarthy Sutherland, Esq., #168222
   LOMBARDO & GILLES, LLP
2  318 Cayuga Street
   Salinas, California 93901
3  Telephone: 831.754.2444
   Facsimile: 831.754.2011
4
   Attorneys for Plaintiffs
5  ASA Farms, Inc. and Braga Ranch

6

7

8              IN THE UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10 ASA FARMS, INC., a California corporation and  )  Case No. C08-00122JF
   BRAGA RANCH,                                   )
11                                                )  **ACKNOWLEDGEMENT OF**
                  Plaintiffs,                     )  **SERVICE FOR FRESH 'N**
12                                                )  **HEALTHY, INC., A DELAWARE**
   v.                                             )  **CORPORATION, C/O STEVEN**
13                                                )  **CINELLI, AGENT FOR SERVICE**
   FRESH 'N HEALTHY, INC., a Delaware             )
14 corporation, MARK WILLIAMS, an individual;     )
   JACK PARSON, an individual; STEVEN             )
15 CINELLI, an individual; CHAD HAGEN, an         )
   individual, SANTOS MARTINEZ, an individual;    )  Date of Hearing:   January 18, 2008
16 DON BEAM, an individual; DARRYL                )  Time of Hearing:   9:00 a.m.
   NICHOLSON, an individual; RICHARD MAY,         )
17 an individual; THOMAS COLOGNA, an              )
   individual; PRESTWICK PARTNERS, LLC, a         )
18 California limited liability company; SOLSTICE )
   VENTURE PARTNERS, LLC, a business entity       )
19 form unknown; VFINANCE INVESTMENTS, a          )
   business entity form unknown; FMP              )
20 VINEYARD, LLC, a New Mexico limited            )
   liability company; BUTTONWOOD OPTION,          )
21 LLC, a business entity form unknown; DW, LLC,  )
   a business entity form unknown; M SOLAZZO      )
22 TRUST 2002; P. SOLAZZO 1998; GIBBONS           )
   FAMILY TRUST; BIXLER TRUST;                    )
23 STEIGERWALD TRUST and CARTER TRUST,            )
   and DOES 1 through 50, inclusive,              )
24                                                )
                  Defendants.                     )
25                                                )
                                                  )
26

27

28
                                       1
   *ASA Farms v. Fresh 'N Healthy, et al.*
   Case No. C08-00122 JF

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Kelly McCarthy Sutherland, Esq.<br>Lombardo & Gilles<br>318 Cayuga Street<br>Salinas, CA 93901<br>Telephone No: (831) 754-2444 | |
| Attorney for: Plaintiff | Ref. No. or File No.: P110737 |

Insert name of Court, and Judicial District and Branch Court:

U.S. District Court, Northern District of California

Plaintiff: ASA Farms, Inc.

Defendant: Fresh N Healthy, Inc., et al

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: C08-00122PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Complaint; Order Setting Initial Case Management

3. a. Party served: Fresh 'N Healthy, Inc a Dealware corporation
      c/o Steven Cinelli, Agent for service

4. Address where the party was served: 24605 Heather Heights
   Saratoga, CA 95070

5. I served the party.
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon, Jan. 14, 2008 (2) at: 3:00PM

7. Person Who Served Papers:
   a. Shari McKee
   b. Sayler Legal Service, Inc.
      455 Reservation Road
      Suite E
      Marina, CA 93933
   c. (831) 384-4030

   I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 903
      (iii) County: Santa Clara

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Wed, Jan. 16, 2008

(Shari McKee)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE SUMMONS

sls.138666

TOTAL P.02