STEPHEN T. O'NEILL (115132)
ROBERT A. FRANKLIN (091653)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: soneill@murraylaw.com
Email: rfranklin@murraylaw.com

Attorneys for Defendant Fresh 'N Healthy, Inc.
(Specially Appearing)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASA FARMS, INC., a California corporation and BRAGA RANCH,<br><br>Plaintiff(s).<br><br>v.<br><br>FRESH 'N HEALTHY, INC., a Delaware corporation, MARK WILLIAMS, an individual; JACK PARSON, an individual; STEVEN CINELLI, an individual; CHAD HAGEN, an individual, SANTOS MARTINEZ, an individual; DON BEAM, an individual; DARRYL NICHOLSON, an individual; RICHARD MAY, an individual; THOMAS COLOGNA, an individual; PRESTWICK PARTNERS, LLC, a California limited liability company; SOLSTICE VENTURE PARTNERS, LLC, a business entity form unknown; VFINANCE INVESTMENTS, a business entity form unknown; FMP VINEYARD, LLC, a New Mexico limited liability company; BUTTONWOOD OPTION, LLC, a business entity form unknown; DW, LLC, a business entity form unknown; M SOLAZZO TRUST 2002; P. SOLAZZO 1998; GIBBONS FAMILY TRUST; BIXLER TRUST; STEIGERWALD TRUST and CARTER TRUST, and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No. C08-00122 PVT<br><br>Exhibit "A" To<br><br>Response to Motion for Preliminary Injunction and Objection to Form of Order<br><br>(Specially Appearing) |

STEPHEN T. O'NEILL (115132)
ROBERT A. FRANKLIN (091653)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: soneill@murraylaw.com
Email: rfranklin@murraylaw.com

Attorneys for Defendant Fresh 'N Healthy
(Specially Appearing)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASA FARMS, INC., a California corporation and BRAGA RANCH,<br><br>　　　　Plaintiff(s).<br><br>　　v.<br><br>FRESH 'N HEALTHY, INC., a Delaware corporation, MARK WILLIAMS, an individual; JACK PARSON, an individual; STEVEN CINELLI, an individual; CHAD HAGEN, an individual, SANTOS MARTINEZ, an individual; DON BEAM, an individual; DARRYL NICHOLSON, an individual; RICHARD MAY, an individual; THOMAS COLOGNA, an individual; PRESTWICK PARTNERS, LLC, a California limited liability company; SOLSTICE VENTURE PARTNERS, LLC, a business entity form unknown; VFINANCE INVESTMENTS, a business entity form unknown; FMP VINEYARD, LLC, a New Mexico limited liability company; BUTTONWOOD OPTION, LLC, a business entity form unknown; DW, LLC, a business entity form unknown; M SOLAZZO TRUST 2002; P. SOLAZZO 1998; GIBBONS FAMILY TRUST; BIXLER TRUST; STEIGERWALD TRUST and CARTER TRUST, and DOES 1 through 50, inclusive,<br><br>　　　　Defendant(s). | Case No. C08-00122 PVT<br><br>**PRELIMINARY INJUNCTION [PROPOSED]** |

This matter is before the Court upon Plaintiff's Motion for a Preliminary Injunction.

Proof of Service of Notice of this hearing has been filed with the Court.

It appearing that defendant Fresh 'N Healthy ("Fresh") having consented to the Entry of this Preliminary Injunction; and good cause appearing therefor:

**IT IS HEREBY ORDERED:**

1. Defendant Fresh, its agents, officers, directors, shareholders, subsidiaries, assigns and all persons in active concert or participation with them who receive actual notice of this Order, are enjoined and restrained from dissipating, paying, transferring, assigning or selling any and all assets covered by or subject to the trust provisions of the PACA without agreement of the parties or until further order of this Court.

2. This Order shall be binding upon the parties to this action, their officers, agents, employees, or attorneys and all other persons or entities who receive actual notice of this Order by personal service or otherwise.

3. Plaintiffs shall not be required to post a bond.

Preliminary Injunction is entered into this ____ day of _____, 2008 at _____. A hearing on Plaintiff's motion for permanent injunction is set for the ____ day of _____, 2008 at _____. Plaintiffs shall forthwith serve Defendant Fresh or its residing agent with a copy of this Order.

_____
UNITED STATES DISTRICT COURT JUDGE