UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, Janaury 18, 2008
**Case Number:** CV-08-122-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:     ASA FARMS, INC., ET AL  V.  FRESH 'N HEALTHY, INC., ET AL

| PLAINTIFF | DEFENDANT |
|---|---|
| Attorneys Present: Kenneth Gorman | Attorneys Present: Robert Franklin |

PROCEEDINGS:

Hearing on Motion for Preliminary Injunction held.  Parties are present. Defendant shall file a letter brief by 1/21/08 and Plaintiff shall file a response by 1/22/08, the motion shall then be taken under submission.  The Court orders Defendants are enjoined from dissipating any assets.