1  Kelly McCarthy Sutherland, Esq., #168222
   J. Kenneth Gorman, Esq., #102293
2  LOMBARDO & GILLES, LLP
   318 Cayuga Street
3  Salinas, California 93901
   Telephone: 831.754.2444
4  Facsimile: 831.754.2011

5  Attorneys for Plaintiffs
   ASA Farms, Inc. and Braga Ranch
6

7

8
                 IN THE UNITED STATES DISTRICT COURT
9
         FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
10

11 ASA FARMS, INC., a California corporation and  )  Case No. C08-00122JF
   BRAGA RANCH,                                   )
                                                  )  **DECLARATION OF J. KENNETH**
12                    Plaintiffs,                 )  **GORMAN IN SUPPORT OF REPLY**
                                                  )  **TO OPPOSITION TO MOTION**
13 v.                                             )  **FOR PRELIMINARY INJUNCTION**
                                                  )
14 FRESH 'N HEALTHY, INC., a Delaware             )
   corporation, MARK WILLIAMS, an individual;     )
15 JACK PARSON, an individual; STEVEN             )
   CINELLI, an individual; CHAD HAGEN, an         )
16 individual, SANTOS MARTINEZ, an individual;    )
   DON BEAM, an individual; DARRYL                )
17 NICHOLSON, an individual; RICHARD MAY,         )
   an individual; THOMAS COLOGNA, an              )
18 individual; PRESTWICK PARTNERS, LLC, a         )
   California limited liability company; SOLSTICE )
19 VENTURE PARTNERS, LLC, a business entity       )
   form unknown; VFINANCE INVESTMENTS, a          )
20 business entity form unknown; FMP              )
   VINEYARD, LLC, a New Mexico limited            )
21 liability company; BUTTONWOOD OPTION,          )
   LLC, a business entity form unknown; DW, LLC,  )
22 a business entity form unknown; M SOLAZZO      )
   TRUST 2002; P. SOLAZZO 1998; GIBBONS           )
23 FAMILY TRUST; BIXLER TRUST;                    )
   STEIGERWALD TRUST and CARTER TRUST,            )
24 and DOES 1 through 50, inclusive,              )
                                                  )
25                    Defendants.                 )
                                                  )
26 _____

27
                                    1
28 _____
   *ASA Farms v. Fresh 'N Healthy, et al.*
   Case No. C08-00122 JF
   Declaration of J. Kenneth Gorman in Support of Reply to
   Opposition to Motion for Preliminary Injunction

I, J. Kenneth Gorman, declare:

1. I am an attorney at law licensed to practice before all Courts of the State of California and the Federal District Court for the Northern District of California and am one of the attorneys of record for Plaintiffs.

2. Pursuant to my instructions, as we were attempting to serve the pleadings in this matter, we directed our process server to Defendants' place of business, particularly since Mr. Cinelli's residence was in a gated community. The process server advised that the attempt of service at the place of business was unsuccessful because the business was abandoned and the only occupants were creditors of some type. A true and correct copy of the process server's declaration is attached hereto as Exhibit A.

3. Following the hearing on this motion on February 19, 2008, I spoke with Robert Izmirian of Buchalter Nemer, who introduced himself as the attorney for the bank for the Defendants. In summary, he advised that the Defendants were irremediably financially "under water," and with "de minimis" accounts receivable.

4. The attorneys from Murray & Murray introduced themselves as bankruptcy counsel for the Defendants.

5. I have received no information from any source indicating that the Defendants are not in serious financial jeopardy.

I declare under penalty of perjury that the foregoing is true and correct of my own knowledge and that this document was executed in Salinas, California on January 22, 2008.

J. Kenneth Gorman

2

*ASA Farms v. Fresh 'N Healthy, et al.*
Case No. C08-00122 JF
Declaration of J. Kenneth Gorman in Support of Reply to
Opposition to Motion for Preliminary Injunction

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| Kelly McCarthy Sutherland, Esq.<br>Lombardo & Gilles<br>318 Cayuga Street   Salinas, CA 93901 | | |
| TELEPHONE NO.: (831) 754-2444 | FAX NO: (831) 754-2011 | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): Plaintiff | | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | | |
| STREET ADDRESS: 280 S. 1ST ST. ROOM 2112 | | |
| MAILING ADDRESS: | | |
| CITY AND ZIP CODE: SAN JOSE, CA 95113 | | |
| BRANCH NAME: SAN JOSE/NORTHERN DISTRICT | | |
| PLAINTIFF/PETITIONER: ASA Farms Inc, et al | | |
| DEFENDANT/RESPONDENT: Fresh 'N Healthy Inc, et al | | |
| NON SERVICE REPORT | | CASE NUMBER:<br>C08-00122 PVT |

I received the within process on January 10, 2008 and that after due and diligent effort I have been unable to serve said person. The following itemization of the dates and times of attempts details the efforts required to effect service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:   **Fresh 'N Healthy, Inc a Delaware corporation**

As enumerated below.

**01/10/2008 -- 02:54 pm**          1851 Airway Dr
                                                    Hollister, CA 95023
Bad address - location is vacant   Per landlord, defendant moved and is filing for bankruptcy

**01/10/2008 -- 05:43 pm**          1851 Airway Dr
                                                    Hollister, CA 95023
Statused client via fax. Holding for further instructions.

**01/11/2008 -- 11:45 am**

Per client (Ken Gorman) attempt service at 1600 Citation Wy, Hollister

**01/11/2008 -- 03:00 pm**          1600 Citation Wy
                                                    Hollister, CA 95023
Attempted new address - there was a man there assessing the building who said that defendant is going out of business and also owes him money

**01/14/2008 --**

Sent report to client. Refer to our reference number P110737 for attempts at home address in Saratoga

County: Monterey
Registration No.: 68
Sayler Legal Service, Inc.
455 Reservation Road, Suite E
Marina, CA 93933
(831) 384-4030

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 11, 2008 at Marina, California.

Signature: _[signed]_
RAYMOND PETERSON

NON SERVICE REPORT          Exhibit A          Order#: P110736/NonServe

**PROOF OF SERVICE**

I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 318 Cayuga Street, Salinas, California 93901.

On the date set forth below, I caused the following document(s) entitled:

**DECLARATION OF J. KENNETH GORMAN IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

o be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the following means:

| | |
|---|---|
| X | **BY MAIL.** By placing each envelope (with postage affixed thereto) in the U.S. Mail at the law offices of Lombardo & Gilles, 318 Cayuga Street, Salinas, California, addressed as shown below. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing. |
| | **BY HAND-DELIVERY.** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below. |
| | **BY OVERNIGHT DELIVERY.** By placing with an overnight mail company for delivery a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to Lombardo & Gilles, addressed as shown below |
| | **BY FACSIMILE TRANSMISSION.** By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 754-2011 to the interest party(ies) or their attorney of record to said action at the facsimile number(s) shown below. |

Stephen T. O'Neill, Esq.
Robert A. Franklin, Esq.
MURRAY & MURRAY
19400 Stevens Creek Blvd., #200
Cupertino, CA 95014-2548
650-852-9000
650-852-9244 (fax)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 22, 2008, at Salinas, California.

_____
Cheryl L. Lilburn

3

ASA Farms v. Fresh 'N Healthy, et al
Case No. C08-00122 JF
Declaration of J. Kenneth Gorman in Support of Reply to
Opposition to Motion for Preliminary Injunction