1  Effie F. Anastassiou, Esq. (SBN 96279)
   Scott J. Allen (State Bar #178925)
2  Denis Klavdianos, Esq. (SBN 225925)
   ANASTASSIOU & ASSOCIATES
3  242 Capitol Street
   Post Office Box 2210
4  Salinas, California 93902
   Telephone: (831) 754-2501
5  Facsimile:  (831) 754-0621

6  Attorneys for OCEANO PACKING COMPANY, LLC

7

8                     IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10 ASA FARMS, INC., a California corporation and ) Case No. C08-00122JF
   BRAGA RANCH                                   )
11                                               )
                                                 )
12                                               )
                  Plaintiffs,                    ) [PROPOSED] ORDER RE OCEANO
13                                               ) PACKING COMPANY, LLC'S MOTION
                                                 ) FOR INTERVENTION
14         v.                                    )
                                                 )
15                                               )
   FRESH 'N HEALTHY, INC., a Delaware            )
16 corporation, MARK WILLIAMS, an individual;    )
   JACK PARSON, an individual; STEVEN CINELLI,   )
17 an individual; CHAD HAGEN, an individual,     ) DATE:  April 4, 2008
   SANTOS MARTINEZ, an individual; DON BEAM,     ) TIME:  9:00 a.m.
18 an individual; DARRYL NICHOLSON, an           ) PLACE: Courtroom 3, 5th Floor
   individual; RICHARD MAY, an individual;       ) JUDGE: Judge Jeremy Fogel
19 THOMAS COLOGNA, an individual; PRESTWICK      )
   PARTNERS, LLC, a California limited liability )
20 company; SOLSTICE VENTURE PARTNERS,           )
   LLC, a business entity form unknown; VFINANCE )
21 INVESTMENTS, a business entity form unknown;  )
   FMP VINEYARD, LLC, a New Mexico limited       )
22 liability company; BUTTONWOOD OPTION,         )
   LLC, a business entity form unknown; DW, LLC, a )
23 business entity form unknown; M SOLAZZO       )
   TRUST 2002; P. SOLAZZO 1998; GIBBONS          )
24 FAMILY TRUST; BIXLER TRUST;                   )
   STEIGERWALD TRUST and CARTER TRUST,           )
25 COMERICA BANK and DOES 2 through 50,          )
   inclusive,                                    )
26                                               )
                  Defendants                     )
27                                               )
                                                 )
28 _____ )

ASA v. Fresh 'N Healthy, Inc., et al.                    [Proposed] Order
Case Number: C08-00122JF                                 Motion For Intervention

The Motion of OCEANO PACKING CO, LLC ("OCEANO") to intervene as a Plaintiff in the this pending action, namely <u>ASA Farms, Inc., et al. v. Fresh 'N Healthy, Inc., et al.</u>, Case Number C08-00122JF ("Pending Action"), and to file its Complaint-In-Intervention against the defendants named therein ("Motion For Intervention") came on for hearing before the Court on April 4, 2008.

After consideration of all the papers filed on this matter before the Court, and the oral arguments presented at the hearing, the Court is convinced that the Motion For Intervention is timely and that:

1. OCEANO has an interest in the subject of the Pending Action and is so situated that the disposition of the Pending Action may impair or impede OCEANO's ability to protect that interest, and no party to the Pending Action adequately represents the interest of OCEANO.

2. OCEANO also asserts claims with sufficient common questions of law or fact, so that permissive intervention would serve the interests of judicial economy, and the existing parties would not be unduly prejudiced by intervention in this matter.

THEREFORE, IT IS HEREBY ORDERED that:

1. OCEANO's Motion For Intervention is hereby granted.

2. OCEANO is made a party Plaintiff to the Pending Action.

3. OCEANO's Proposed Complaint-In-Intervention, attached and served as **Exhibit "A"** to the Declaration of Effie Anastassiou In Support of Motion For Intervention, is deemed filed and served as of the date that this Order is signed.

4. The defendants named in OCEANO's Proposed Complaint-In-Intervention must respond to the Complaint-In-Intervention no later than _____.

Dated: April ___, 2008

                                                                          Honorable Jeremy Fogel
                                                                          United States District Court Judge

F:\OCA\Fresh 'N Healthy\Pleadings\Motion to Intervene\ProposedOrder.wpd

<u>ASA v. Fresh 'N Healthy, Inc., et al.</u>
Case Number: C08-00122JF                  2                 [Proposed] Order
Motion For Intervention