Effie F. Anastassiou, Esq. (SBN 96279)
Scott J. Allen (State Bar #178925)
Denis Klavdianos, Esq. (SBN 225925)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for OCEANO PACKING COMPANY, LLC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASA FARMS, INC., a California corporation and BRAGA RANCH,<br><br>Plaintiffs,<br><br>v.<br><br>FRESH 'N HEALTHY, INC., a Delaware corporation, MARK WILLIAMS, an individual; JACK PARSON, an individual; STEVEN CINELLI, an individual; CHAD HAGEN, an individual, SANTOS MARTINEZ, an individual; DON BEAM, an individual; DARRYL NICHOLSON, an individual; RICHARD MAY, an individual; THOMAS COLOGNA, an individual; PRESTWICK PARTNERS, LLC, a California limited liability company; SOLSTICE VENTURE PARTNERS, LLC, a business entity form unknown; VFINANCE INVESTMENTS, a business entity form unknown; FMP VINEYARD, LLC, a New Mexico limited liability company; BUTTONWOOD OPTION, LLC, a business entity form unknown; DW, LLC, a business entity form unknown; M SOLAZZO TRUST 2002; P. SOLAZZO 1998; GIBBONS FAMILY TRUST; BIXLER TRUST; STEIGERWALD TRUST and CARTER TRUST, COMERICA BANK and DOES 2 through 50, inclusive,<br><br>Defendants | Case No. C08-00122JF<br><br>**CERTIFICATE OF SERVICE** |

|   |   |
|---|---|
| OCEANO PACKING COMPANY, LLC, a California limited liability company,<br><br>            Intervening Plaintiff,<br><br>v.<br><br>FRESH 'N HEALTHY, INC., a Delaware corporation, MARK WILLIAMS, an individual; JACK PARSON, an individual; STEVEN CINELLI, an individual; CHAD HAGEN, an individual, SANTOS MARTINEZ, an individual; DON BEAM, an individual; DARRYL NICHOLSON, an individual; RICHARD MAY, an individual; THOMAS COLOGNA, an individual; PRESTWICK PARTNERS, LLC, a California limited liability company; SOLSTICE VENTURE PARTNERS, LLC, a California limited liability company; VFINANCE INVESTMENTS, a business entity form unknown; FMP VINEYARD, LLC, a New Mexico limited liability company; BUTTONWOOD OPTION, LLC, a business entity form unknown; DW, LLC, a business entity form unknown; M SOLAZZO TRUST 2002; P. SOLAZZO 1998; GIBBONS FAMILY TRUST; BIXLER TRUST; STEIGERWALD TRUST; CARTER TRUST; and COMERICA BANK, a Texas Corporation,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

      I am a legal resident of the United States, residing and employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the aforementioned action; my business address is 242 Capitol Street, Salinas, California, 93901.

      On February 27, 2008, I served the following:

1. **NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OCEANO PACKING CO, LLC.'S MOTION FOR INTERVENTION;**

2. **DECLARATION OF EFFIE F. ANASTASSIOU IN SUPPORT OF OCEANO PACKING COMPANY, LLC'S MOTION FOR INTERVENTION; AND**

3. **[PROPOSED] ORDER RE OCEANO PACKING COMPANY, LLC'S MOTION FOR INTERVENTION**

on the parties in said action by way of this court's ECF email notification to the participating parties set forth below.

ASA v. Fresh 'N Healthy, Inc., et al.
Case Number: C08-00122JF

2

Certificate of Service

1  Kenneth Gorman, Esq.
   James Washburn Sullivan, Esq.
2  Kelly Sutherland, Esq.

3      Lombardo & Gilles, PLC, Attorneys for ASA Farms, Inc., and Braga Ranch.

4

5  Robert Anthony Franklin, Esq.

6      Murray & Murray, Attorneys for Fresh 'N Healthy, Inc.

7

8      I also served the above documents by placing them with an overnight mail company for delivery,

9  a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to Anastassiou &

10 Associates, addressed as shown below.

11 Robert E. Izmirian, Esq.
   Buchalter Nemer
12 333 Market Street, 25th Floor
   San Francisco, CA 94105
13
       Attorneys for Comerica Bank
14
       I, Rosie Alvarez, declare under penalty of perjury under the laws of the United States of America
15
   that the foregoing is true and correct.
16
                                                    _____
17                                                  Rosie Alvarez

18
19
20
21
22
23
24
25
26
27
28

ASA v. Fresh 'N Healthy, Inc., et al.                3                              Certificate of Service
Case Number: C08-00122JF