1  Effie F. Anastassiou, Esq. (SBN 96279)
   Scott J. Allen (State Bar #178925)
2  Denis Klavdianos, Esq. (SBN 225925)
   ANASTASSIOU & ASSOCIATES
3  242 Capitol Street
   Post Office Box 2210
4  Salinas, California 93902
   Telephone: (831) 754-2501
5  Facsimile: (831) 754-0621

6  Attorneys for OCEANO PACKING COMPANY, LLC

7

8                    IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10 ASA FARMS, INC., a California corporation and  )  Case No. C08-00122JF
   BRAGA RANCH                                    )
11                                                )
                                                  )
12              Plaintiffs,                       )  **CERTIFICATE OF SERVICE**
                                                  )
13                                                )
                                                  )
14              v.                                )
                                                  )
15                                                )
   FRESH 'N HEALTHY, INC., a Delaware             )
16 corporation, MARK WILLIAMS, an individual;     )
   JACK PARSON, an individual; STEVEN CINELLI,    )
17 an individual; CHAD HAGEN, an individual,      )
   SANTOS MARTINEZ, an individual; DON BEAM,      )
18 an individual; DARRYL NICHOLSON, an            )
   individual; RICHARD MAY, an individual;        )
19 THOMAS COLOGNA, an individual; PRESTWICK       )
   PARTNERS, LLC, a California limited liability  )
20 company; SOLSTICE VENTURE PARTNERS,            )
   LLC, a business entity form unknown; VFINANCE  )
21 INVESTMENTS, a business entity form unknown;   )
   FMP VINEYARD, LLC, a New Mexico limited        )
22 liability company; BUTTONWOOD OPTION,          )
   LLC, a business entity form unknown; DW, LLC, a)
23 business entity form unknown; M SOLAZZO        )
   TRUST 2002; P. SOLAZZO 1998; GIBBONS           )
24 FAMILY TRUST; BIXLER TRUST;                    )
   STEIGERWALD TRUST and CARTER TRUST,            )
25 COMERICA BANK and DOES 2 through 50,           )
   inclusive,                                     )
26                                                )
                                                  )
27              Defendants                        )
                                                  )
28 _____       )

ASA v. Fresh 'N Healthy, Inc., et al.                          Certificate of Service
Case Number: C08-00122JF                    1

| | |
|---|---|
| 1 | OCEANO PACKING COMPANY, LLC, a California limited liability company, )
| 2 | )
| 3 | Intervening Plaintiff, )
| 4 | v. )
| 5 | FRESH 'N HEALTHY, INC., a Delaware corporation, MARK WILLIAMS, an individual; JACK PARSON, an individual; STEVEN CINELLI, an individual; CHAD HAGEN, an individual, SANTOS MARTINEZ, an individual; DON BEAM, an individual; DARRYL NICHOLSON, an individual; RICHARD MAY, an individual; THOMAS COLOGNA, an individual; PRESTWICK PARTNERS, LLC, a California limited liability company; SOLSTICE VENTURE PARTNERS, LLC, a California limited liability company; VFINANCE INVESTMENTS, a business entity form unknown; FMP VINEYARD, LLC, a New Mexico limited liability company; BUTTONWOOD OPTION, LLC, a business entity form unknown; DW, LLC, a business entity form unknown; M SOLAZZO TRUST 2002; P. SOLAZZO 1998; GIBBONS FAMILY TRUST; BIXLER TRUST; STEIGERWALD TRUST; CARTER TRUST; and COMERICA BANK, a Texas Corporation, )
| | Defendants. )

I am a legal resident of the United States, residing and employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the aforementioned action; my business address is 242 Capitol Street, Salinas, California, 93901.

On February 27, 2008, I served the following:

**OCEANO PACKING COMPANY, LLC'S OBJECTION TO STIPULATION TO MODIFY PRELIMINARY INJUNCTION**

on the parties in said action by way of this court's ECF email notification to the participating parties set forth below.

Kenneth Gorman, Esq.
James Washburn Sullivan, Esq.
Kelly Sutherland, Esq.

Lombardo & Gilles, PLC, Attorneys for ASA Farms, Inc., and Braga Ranch.

1  Robert Anthony Franklin, Esq.
2      Murray & Murray, Attorneys for Fresh 'N Healthy, Inc.
3
4      I also served the above documents by placing them with an overnight mail company for delivery,
5  a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to Anastassiou &
6  Associates, addressed as shown below.
7  Robert E. Izmirian, Esq.
   Buchalter Nemer
8  333 Market Street, 25th Floor
9  San Francisco, CA 94105
10     Attorneys for Comerica Bank
11     I, Rosie Alvarez, declare under penalty of perjury under the laws of the United States of America
12  that the foregoing is true and correct.
13
14                                                              Rosie Alvarez
15
16
17
18
19
20
21
22
23
24
25
26
27
28