Effie F. Anastassiou, Esq. (SBN 96279)
Scott J. Allen (State Bar #178925)
Denis Klavdianos, Esq. (SBN 225925)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for OCEANO PACKING COMPANY, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASA FARMS, INC., a California corporation and BRAGA RANCH,<br><br>Plaintiffs,<br><br>v.<br><br>FRESH 'N HEALTHY, INC., a Delaware corporation, MARK WILLIAMS, an individual; JACK PARSON, an individual; STEVEN CINELLI, an individual; CHAD HAGEN, an individual, SANTOS MARTINEZ, an individual; DON BEAM, an individual; DARRYL NICHOLSON, an individual; RICHARD MAY, an individual; THOMAS COLOGNA, an individual; PRESTWICK PARTNERS, LLC, a California limited liability company; SOLSTICE VENTURE PARTNERS, LLC, a business entity form unknown; VFINANCE INVESTMENTS, a business entity form unknown; FMP VINEYARD, LLC, a New Mexico limited liability company; BUTTONWOOD OPTION, LLC, a business entity form unknown; DW, LLC, a business entity form unknown; M SOLAZZO TRUST 2002; P. SOLAZZO 1998; GIBBONS FAMILY TRUST; BIXLER TRUST; STEIGERWALD TRUST and CARTER TRUST, COMERICA BANK and DOES 2 through 50, inclusive,<br><br>Defendants | Case No. C08-00122JF<br><br>**EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO INTERVENE** |

1  Oceano Packing Company, LLC ("OCEANO") hereby respectfully requests an order shortening
2  time for hearing on its Motion to Intervene ("Motion"), which was filed on February 27, 2008. OCEANO
3  requests the following shortened briefing and hearing schedule for the Motion:

4  OCEANO filed the Motion:                February 27, 2008
5  Oppositions, if any, to be filed:        On or before March 4, 2008
6  OCEANO's Reply to be filed:              On or before March 6, 2008
7  Hearing on the Motion:                   March 7, 2008

8  This application is made pursuant to Civil Local Rules (Civ.L.R.) 6-1(b) and 6-3. Civ.L.R. 6-3(a)
9  requires that an application to shorten time must be accompanied by a declaration which:

10   (1) Sets forth with particularity, the reasons for the requested enlargement
11       or shortening of time;

12   (2) Describes the efforts the party has made to obtain a stipulation to the
        time change;

13   (3) Identifies the substantial harm or prejudice that would occur if the Court
14       did not change the time; and

15   (4) If the motion is to shorten time for the Court to hear a motion:

16        (i) Describes the moving partys compliance with Civil L.R.
             37-1(a), where applicable, and

17        (ii) Describes the nature of the underlying dispute that
18             would be addressed in the motion and briefly summarizes
               the position each party had taken.

19   (5) Discloses all previous time modifications in the case, whether by
20       stipulation or Court order;

21   (6) Describes the effect the requested time modification would have on the
         schedule for the case.

22

23  The matters required by Civ.L.R. 6-3(a) are set forth in the Declaration of Scott J. Allen in Support of
24  Oceano Packing Co., LLC's ex Parte Application to Shorten Time for Hearing on Oceano's Motion to
25  Intervene (the "Allen Decl.").

26  Accordingly, OCEANO respectfully submits that the application to shorten time should be granted.
27  ////
28  ////

Dated: February 28, 2008

ANASTASSIOU & ASSOCIATES

By: _____
Effie F. Anastassiou, Esq.
Attorneys for Intervening Plaintiff
OCEANO PACKING COMPANY, LLC

F:\OCA\Fresh 'N Healthy\Pleadings\Motion to Intervene\Ex Parte Ap\ExParteApp.wpd

ASA v. Fresh 'N Healthy, Inc., et al.
Case Number: C08-00122JF

3

Ex Parte Application for Order
Shortening Time for Hearing