# EXHIBIT A

# PUBLIC AUCTION

ON THE PREMISES OF

## FRESH N HEALTHY

4395 DAVIDSON ROAD
GILROY, CALIFORNIA 95020

**PREVIEW:** Morning of Sale, 9:00 A.M. to 11:00 A.M.

## TUESDAY MARCH 11 AT 11:00 A.M

**FARM EQUIPMENT & PRODUCE PRODUCTION LINES.**

Farm Tractors, Farm Attachments, Lettuce Harvesters, Production Lines, Irrigation Booster Pumps, Aluminum Water Pipe, Bobtail Trucks, Water Truck, Pickup Trucks, Forklifts, Trailers, & Support Equipment

PLEASE VISIT OUR WEBSITE FOR UPCOMING AUCTION BROCHURES YOU MAY NOT HAVE RECEIVED www.ashmancompany.com

**ASHMAN co.**
ASHMAN COMPANY AUCTIONEERS & APPRAISERS INC.

**Lloyd Ashman, Auctioneer**
1415 Oakland Blvd., #200
Walnut Creek, CA 94596-4349
**No. Ca. (925) 256-8111**
**FAX (925) 256-8436**
**So. Ca. (949) 752-7207**
**www.ashmancompany.com**
**CA Bond 30191454**








## FARM TRACTORS

**(4) 2004 MASSEY FERGUSON Mdl. MF4253 4WD Farm Tractors,** s/n's H27047, H25191, H23092, H16013, 3,277, 3,333, 96, 3,891 metered hrs., ROPS.

**MASSEY FERGUSON Mdl. 390T 4WD Farm Tractor,** s/n C25368, 1,420 metered hrs., ROPS.

**1987 CATERPILLAR Mdl. Challenger 65 Belted Tractor,** s/n 7YC00647, w/rubber track belt, Cat No. 3306 turbo engine, enclosed ROPS cab.

**JOHN DEERE Mdl. 8440 4WD Farm Tractor,** s/n 8440H-002745R, 489 metered hrs., 20.8R34 tries, enclosed ROPS cab.

**JOHN DEERE Mdl. 4650 4WD Farm Tractor,** s/n ROTPF62007211, hrs. NA, 20.8x38 rear tires, enclosed ROPS cab.

**JOHN DEERE Mdl. 7200 4WD Farm Tractor,** s/n RW7200H005110, hrs., NA, ROPS cab.

**JOHN DEERE Mdl. 6410 4WD Farm Tractor,** s/n L06410X306927, hrs. NA, ROPS cab.

**(2) JOHN DEERE Mdl. 5510 4WD Farm Tractors,** s/n's LV5510S351796, LV5510S351753, hrs. NA, ROPS cab.

**JOHN DEERE Mdl. 4050 4WD Farm Tractor,** s/n RG6466D242057, 14,914 metered hrs., ROPS cab.

**(6) JOHN DEERE Mdl. 2955 4WD Farm Tractors,** s/n's CD6359D813611, L02955W763746, L02955W763190, L02955U763166, L02955W713543, L02955W655767, 13,116, 12,326, 6,299, 13,617, 11,949, 19,411 metered hrs., ROPS.

**KUBOTA Mdl. M7500DT 4WD Farm Tractor,** s/n 10101, 112 metered hrs., ROPS.








## FARM ATTACHMENTS

RAY FAB 3-Bed Minimum Tilt Disc.

STRATHMORE Mdl. 99 10' Disc.

JOHN DEERE Mdl. PK-02 13' Disc.

JOHN DEERE Stubble Disc.

(2) 80" Minimum Tilt Discs.

BIG OX 20' 11-Point Ripper.

ALLIS-CHALMERS 2400 9-Point Ripper.

(2) ALLIS-CHALMERS 600 5-Point and 3-Point Rippers.

TRIFECTA 3-Row 80" Harrow.

14' Spring Tooth Harrow.

HAHN 80" Bed Cultivator.

JOHN DEERE Angle Blade.

BEE GEE 12' Box Scraper.

80" 3-Row Bed Shaper.

PRECISION Vacuum Airplanter.

(2) JOHN DEERE Small Mowers.

3-Bed Roller Attachment.

80" Under Cutting Bar.

Towable Sulfur Duster Rig.

Towable Compost Spreader.

Towable 5-Ton Gypsum Spreader.

Towable 5-Ton Fertilizer Spreader.

80" Bed Fertilizer Injector.

(2) DEMCO Fertilizer Spray Rigs.

14' Seed Spreader.

Tool Carrier Attachment.

## LETTUCE HARVESTERS

(2) 2002 ORTOMEC Mdl. SV165 Ride-On Lettuce Harvesters, s/n NA.

## IRRIGATION BOOSTER PUMPS

(10) CATERPILLAR Mdls. 3056E and 3116, JOHN DEERE Mdl. 6068DF, and QUINN Irrigation Booster Pumps, s/n's 537, 0534, 1534, 2945, 3331, 3332, 1531, 1240, T06068D705484, 1722-049Y6725.

## TRUCKS & PICKUP TRUCKS

PETERBILT, w/ultracab, Lic. No. 9D19744.

1999 GMC C6500 Bobtail, 28', w/Thermo King Mdl. IISR, Lic. No. 5V64394.

1997 GMC C6500 Bobtail, 28', w/Thermo King Mdl. IISR, Lic. No. 7J32856.

1994 INTERNATIONAL 4900 D 466 Bobtail, 24', w/Thermo King KDII, Lic. No. 6L06058.

1984 ISUZU Bobtail, 24', w/Thermo King RDSS IV refrigeration system, Lic. No. 4K01101.

2000 GMC C6500 28' Refrigerated Box Truck, Lic. No. 6B95782, VIN 1GDK7H1C2YJ503588, 542,985 ODR, diesel engine, air brakes, 6-speed transmission, Thermo King MD-II SR refrigeration system.

GMC Diesel 7000 Refrigerated "22" Box Truck, Lic. No 5551249, VIN J8DM7AIU113201623, 675,222 ODR, Thermo King MD-II SR, 6-speed transmission.

1996 FREIGHTLINER 22' Refrigerated FL70 Box Truck, Lic. No. 6L06059, VIN 1FU6HFBA2UL840738, air brakes, 280,895 ODR, diesel engine, 7-speed transmission.









**1988 HINO Refrigerated FF Diesel Turbo Box Truck,** Lic. No. 5E11614, VIN JHBFF1456T2510578, 643,114 ODR, diesel engine.

**1975 FORD 700 18' Flatbed Truck,** Lic. No. 41B41040, VIN.

**2002 CHEVROLET 2500 IJO Duramax Diesel Dual Cablift Pickup Truck,** Lic. No. 6T50537, VIN 1GCHK2-3152F120941, 225,000 ODR, 4WD.

**2000 FORD F-350 Dual Cab Diesel Truck,** Lic. No. 7L94040, VIN 1FTSW31FXYEC74154, 4x4, 258,016 ODR, w/diesel pump.

**1999 FORD F-150 Dual Cab Pickup Truck,** Lic. No. 5X25638, VIN 1FTRX18L9XNA07498, 181,472 ODR, w/Triton V8.

**1998 DODGE Ram 1500 V8 Magnum Single-Cab Pickup Truck,** Lic. No. 5R54542, VIN 1B7HC16Y2WS546860, ODR NA.

**DODGE Ram 1500 V8 Magnum Single-Cab Pickup Truck,** Lic. No. 5R49852, VIN 1B7HC16W6WS544884, ODR NA, needs work.






**PREVIEW:** Morning of Sale 9:00 A.M. to 11:00 A.M.






**TUESDAY MARCH 11 AT 11:00 A.M.**

## FORKLIFTS

**CATERPILLAR 50 5,000-Lb. Cap. Forklift**, s/n SAM03030, 3-stage mast.

**V-LIFT D-342039 4,500-Lb. Cap. Forklift**, 3-stage mast.

**CHAMP Mdl. FY40S 4,000-Lb. Gas Yard Forklift**, s/n CC746426, w/16' max. height, pneumatic tires.

**HYSTER 4,000-Lb. LP Forklift**, 303 hrs., Monotrol pedal, 2-stage mast, pneumatic tires.

**CATERPILLAR M-20 Mdl. 2EC15 3,500-Lb. Cap. Electric Forklift**, s/n A2EC160800, 2-stage mast.

**NISSAN Mdl. CYB02L25V 3,000-Lb. Electric Forklift**, s/n 300, 1,987 hrs., 3-stage mast, solid tires.

**POWER KACTOR Mdl. XPT24-96513 Forklift Charger**, PF10 AQ642700052 3.

**FerroFive ER Series Forklift Charger.**

## SUPPORT EQUIPMENT & TRAILERS

**CATERPILLAR Mdl. 922 Front End Loader**, s/n 5993180, 8,125 hrs., 15.5x25 tires.

**HAULMARK Mdl. TS7X140T2 18' 2-Axle Trailer Transport**, Lic. No. 4GJ7537, VIN 1HPB1422AO17028, OLX, 3,500 G.V.W.R.

**SPECIALTY LIGHTING Towable Gas-Powered Generator and Light Tower**, Lic. No. SE451867, 3,491 hrs.

**ZIEMAN Mdl. 2640 24' 3-Axle Equipment Trailer**, Lic. No. 4BH6505, VIN 1ZCE29E36KZP14923, 21,500 G.V.W.R.

**GREAT DANE Mdl. 8201Z1P 45' Refrigerated Trailer**, Lic. No. UJ6595, VIN 83236, 65,000 G.V.W.R.

**UTILITY 45' Refrigerated Trailer**, Lic. No. 4CG6687, VIN 7T8-1927-013, 65,000 G.V.W.R.

**53' Trailer**, w/Thermo King refrigeration, Lic. No. 4DV1764.

**53' ZIEMAN Lowboy Trailer (Zieman)**, Lic. No. 4BA3368.

**(3) FRUEHAUF 40' and 20' Refrigerated Storage Containers.**

**NO NAME 16' 2-Axle Vehicle Transport Trailer**, Lic. No. 4AL8529.

**(7) Custom Made 8' x 16' 2-Axle Harvest Trailers.**

**(2) 1,000-Gallon Cap. Water Tank Trailers.**

**(2) 400-Gallon Cap. Water Tank Trailers.**

**(2) 20' Oversea Containers**, s/n's 211280-GB2210, BS20HNS083.

## PROCESSING EQUIPMENT

**URSCHEL Mdl. TRS2500 Translicer**, includes Mdl. 51D52 chop wheel, both primary and secondary feed belts, shear edge, all tools and parts for operation motor, 3 hp., 460 v., w/brake, (2) 1 hp. SS motors, shred change parts for machine Mdl. 1-051366 wheel assembly, shredding 3/16" x 2".

IP-8212660

**ASHMAN CO.**
ASHMAN COMPANY AUCTIONEERS & APPRAISERS INC.

Lloyd Ashman, Auctioneer
1415 Oakland Blvd., #200, Walnut Creek, CA 94596-434
No. Ca. (925) 256-0111 • FAX (925) 256-8436 • So. Ca. (949) 752-7207
www.ashmancompany.com • CA Bond 30191454
Industrial • Commercial • Auctioneers

# PUBLIC AUCTION

ON THE PREMISES OF

## FRESH N HEALTHY

**TUESDAY, MARCH 11 AT 11:00 A.M.**

FARM EQUIPMENT & PRODUCE PRODUCTION LINES

## UPCOMING AUCTIONS

February 27 • Speed Products Engineering
Paramount, California • Discontinuing Machinery Operations

February 28 • Sonar Engineering Company, Inc.
Lake Elsinore, California • CNC Precision Machine Shop

March 18 • Accurate Engineering
Oxnard, California • Precision Sheetmetal Fabrication & CNC Machining Facility

March 20 • B&O Manufacturing, Inc.
South San Francisco, California • Precision & Fabrication Shop

March 27 • Phil-A-Rot Engineering
Baldwin Park, California • CNC Machine Shop

April 17 • Erich Printing & Lithographing
San Jose, California • Printing, Prepress, & Bindery Facility

Upcoming Auction • Neilsen Manufacturing, Inc.
Salem, Oregon • Late Amada CNC Fabrication Plan

Presorted
First Class Mail
U.S. Postage
PAID
Eugene, Oregon
Permit No. 305

FIRST CLASS MAIL

## TERMS

**Payment:** Cash, cashier's check, wire transfer or business check accompanied by a bank letter. FULL SETTLEMENT TO BE MADE DAY OF SALE. All sales are final and are payable at the conclusion of the sale. A buyer's premium and sales tax will be charged on all purchases.

**Removal of Purchases:** Cost, responsibility, and risk of removal of purchases remain with the purchaser. It is the purchaser's responsibility to restore/repair all real or personal property that is altered or damaged as a result of the removal. Purchases must be removed from the premises in the time allocated as announced and/or posted by the Auctioneers. Ashman Company reserves the right to charge the purchaser for the costs of storage and/or disposal beyond the removal period. Items not picked up in the time allocated will be considered abandoned. NO purchases may be removed until after the conclusion of the sale. No claims of any kind shall be allowed for any item not removed or after an item has been removed by the purchaser.

**Disclaimer of Warranties:** Everything will be sold "AS IS," "WHERE IS," "AS AVAILABLE," "WITH FAULTS," with no representations, expressed or implied. Ashman Company, as agent and seller, expressly disclaims any warranty as to fitness or usability of all the assets, and the buyer expressly waives any claims in respect to any possible future use of any asset purchased for any purpose whatsoever. Ashman Company, seller and/or advertising agents will not be held responsible for advertising inaccuracies or discrepancies. Prospective buyers are advised that Ashman Company does not guarantee the accuracy of description or condition of the subject property. Prospective buyers are urged to inspect all items, deductions will not be allowed on damaged goods since everything is sold "as is" and without recourse. No advice or information, whether written or verbal, obtained by a prospective buyer from Ashman Company shall create any warranties or responsibility for items purchased. The purchaser hereby assumes and does agree to indemnify and hold Ashman Company and seller harmless from any future claim which shall pertain to the fitness or use of the item being purchased.

**Limitations of Liability:** For any reason whatsoever, an item purchased cannot be delivered, the buyer waives liability on the part of Ashman Company and further agrees that any obligation of said item is limited to the bid and paid for price of item. Persons attending the auction preview, sale, or removal assume all risks of damage of or loss to person and property and specifically release and indemnify Ashman Company and sellers from liability. Ashman Company and/or seller shall not be liable by reason of any defect in or condition of the premises in which the sale is held.

**Vehicles:** Ashman Company is not responsible for any penalties on past-due registrations or smog compliance certificates. It is the bidder's sole responsibility to check all vehicles for plates/tags, smog devices, and/or any defects.

**Auctioneer's Note:** The auctioneer reserves the right to withdraw from the sale any of the items, to sell items not listed, to group or subdivide one or more lots, or to sell all the items listed in bulk. Items are generally sold to the highest bidder but some may be subject to the seller's right of confirmation. The Auctioneer has the right to reject any nominal or fractional bid which he believes may negatively affect the sale. Ashman Company may amend, change, modify, discontinue or suspend any aspect of the auction sale without notice and without liability to prospective bidders. Additional terms and conditions of sale may be added and will be announced and/or posted on the premises prior to the auction.

## PREVIEW

Morning of Sale
9:00 A.M. to 11:00 A.M.

**A 10% BUYER'S PREMIUM WILL APPLY TO ALL PURCHASES**

## DIRECTIONS

**Traveling US-101 South,** take the Hollister Exit. Turn left and continue. Turn left onto Bloomfield Road. Turn right onto Davidson Road and look for "Auction Today" signs.

