# EXHIBIT E

Feb-22-08   02:28pm   From-Buchalter Nemer SF                    +                    T-259  P.002/005  F-037

1    STEPHEN T. O'NEILL (115132)
      ROBERT A. FRANKLIN (091653)
2    MURRAY & MURRAY
      A Professional Corporation
3    19400 Stevens Creek Blvd., Suite 200
      Cupertino, CA 95014-2548
4    Telephone: (650) 852-9000; (408) 907-9200
      Facsimile: (650) 852-9244
5    Email: soneill@murraylaw.com
      Email: rfranklin@murraylaw.com
6

7    Attorneys Specially Appearing for Defendant
      FRESH 'N HEALTHY, INC.

8                UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| | |
|---|---|
| 11   ASA FARMS, INC., a California corporation and BRAGA RANCH, | Case No. C08-00122 PVT |
| 12          Plaintiffs, | **STIPULATION TO MODIFY PRELIMINARY INJUNCTION** |
| 13 | |
| 14        vs. | **(RE: DOCKET NO. 2)** |

14

15   FRESH 'N HEALTHY, INC., a Delaware
     corporation, MARK WILLIAMS, an
16   individual; JACK PARSON, an individual;
     STEVEN CINELLI, an individual; CHAD
17   HAGEN, an individual, SANTOS
     MARTINEZ, an individual; DON BEAM,
18   an individual; DARRYL NICHOLSON, an
     individual; RICHARD MAY, an
     individual; THOMAS COLOGNA, an
19   individual; PRESTWICK PARTNERS,
     LLC, a California limited liability
20   company; SOLSTICE VENTURE
     PARTNERS, LLC, a business entity form
21   unknown; VFINANCE INVESTMENTS, a
     business entity form unknown; FMP
22   VINEYARD, LLC, a New Mexico limited
     liability company, BUTTONWOOD
23   OPTION, LLC, a business entity form
     unknown; DW, LLC, a business entity
24   form unknown; M SOLAZZO TRUST
     2002; P. SOLAZZO 1998; GIBBONS
25   FAMILY TRUST; BIXLER TRUST;
     STEIGERWALD TRUST and CARTER
26   TRUST, and DOES 1 through 50,
     inclusive,

27

         Defendants.

28

BN 1746173v2                                 1

Received Time Feb. 22.   2:43PM

Feb-22-08    02:29pm    From-Buchalter Nemer SF                 +                 T-259   P 009/005   F-637

1        This Stipulation, made and entered into by and between Plaintiffs ASA Farms, Inc. and

2   Braga Ranch ("Plaintiffs") and Defendant Fresh 'N Healthy, Inc. ("Defendant") is based upon the

3   following facts:

4        A.     On or about January 29, 2008 this Court made and entered its Order Granting

5   Plaintiffs' Motion For Preliminary Injunction (the "Order"), which prevents, among other things,

6   Defendant from selling or transferring "any or all assets covered by or subject to the trust

7   provisions of the PACA without agreement of the parties or until further order of this Court."

8   [Order 2:6-11.]

9        B.     Order further provides that the assets subject to the Order include all assets of

10  Defendant unless Defendant "can prove that a particular asset" is not subject to the PACA, with

11  the burden of proof on the Defendant.

12       C.     Defendant contends, and Plaintiffs reserve their rights with respect to such

13  contentions, that its machinery, fixtures, equipment and intellectual property were purchased with

14  non-PACA assets, including paid in capital and loans from, among others, Comerica Bank.

15       D.     Defendant is in default of its obligations to its lender Comerica Bank and has

16  ceased to conduct business. The net realizable value of Defendant's machinery, fixtures,

17  equipment and intellectual property is at risk of diminution due to lack of security, lack of

18  maintenance and the accrual of rents and other storage charges. Defendant desires to sell all or

19  substantially all of its machinery, fixtures, equipment and intellectual property in one or more

20  private sales, as summarized on Exhibit A hereto. Comerica Bank, as secured lender, has

21  consented to such sales of its collateral.

22       E.     In order to preserve Plaintiffs' rights, if any, in and to the proceeds of the

23  machinery, fixtures, equipment and intellectual property the parties have agreed to the entry of an

24  order modifying the Order on the terms set forth below.

25                      **STIPULATION**

26       IT IS HEREBY STIPULATED AND AGREED that this Court may make and enter its

27  order as follows:

28       1.     Defendant is hereby authorized to sell, in one or more private sales, its machinery,

BN 1746173v2                  2

1  fixtures, equipment and intellectual property, including labels, packaging and unregistered trade

2  names and trademarks, provided, however, that the proceeds of such sale or sales shall be held in

3  a segregated account at Comerica Bank subject to any and all claims of Plaintiffs, if any, to assert

4  PACA rights thereto.

5      2.   Except as expressly set forth, nothing herein contained shall waive, alter or modify

6  the rights of the parties under the Order, and the segregated proceeds shall be subject to Plaintiffs'

7  PACA rights, if any, to the same extent and with the same validity and priority as such rights

8  attached to the machinery, fixtures, equipment and intellectual property itself.

10  DATED: February _____, 2008     MURRAY & MURRAY
                        A Professional Corporation

12                        By:_____

14                        Attorneys Specially Appearing for Defendant
                        FRESH 'N HEALTHY, INC.

16  DATED: February 21, 2008     LOMBARDO & GILLES, LLP

18                        By:_____

19                        Attorneys for Plaintiffs
20                        ASA FARMS, INC., and BRAGA RANCH

22      Comerica Bank hereby consents to entry of the foregoing order and agrees to be bound

23  thereby.

24  DATED: February 22, 2008     BUCHALTER NEMER
                        A Professional Corporation

26                        By:_____
27                        ROBERT E. IZMIRIAN
                        Attorneys for
                        COMERICA BANK

BN 1746173v2          3

STIPULATION TO MODIFY PRELIMINARY INJUNCTION - CASE NO. C08-00122 PVT

1  fixtures, equipment and intellectual property, including labels, packaging and unregistered trade
2  names and trademarks, provided, however, that the proceeds of such sale or sales shall be held in
3  a segregated account at Comerica Bank subject to any and all claims of Plaintiffs, if any, to assert
4  PACA rights thereto.

5        2.       Except as expressly set forth, nothing herein contained shall waive, alter or modify
6  the rights of the parties under the Order, and the segregated proceeds shall be subject to Plaintiffs'
7  PACA rights, if any, to the same extent and with the same validity and priority as such rights
8  attached to the machinery, fixtures, equipment and intellectual property itself.

9

10  DATED: February 22, 2008          MURRAY & MURRAY
                                       A Professional Corporation
11

12                                     By: _Robert G Frankl_____
13

14                                     Attorneys Specially Appearing for Defendant
                                       FRESH 'N HEALTHY, INC.
15

16  DATED: February _____, 2008        LOMBARDO & GILLES, LLP
17

18                                     By: _____
19

                                       Attorneys for Plaintiffs
20                                     ASA FARMS, INC., and BRAGA RANCH

21

22        Comerica Bank hereby consents to entry of the foregoing order and agrees to be bound
23  thereby.

24  DATED: February _____, 2008        BUCHALTER NEMER
                                       A Professional Corporation
25

26                                     By: _____
                                              ROBERT E. IZMIRIAN
27                                              Attorneys for
                                                COMERICA BANK
28

BN 1746173v2                              3

STIPULATION TO MODIFY PRELIMINARY INJUNCTION - CASE NO. C08-00122 PVT

Feb-22-08   02:29pm   From-Buchalter Nemer SF                    +                T-259   P 005/005   F-697

# EXHIBIT A

Pending sales of assets of Fresh 'N Healthy, Inc.

1.    To Ashman Company, substantially all of the equipment, including processing equipment, farm equipment, pumps, irrigation pipes, forklifts, trucks, trailers and warehouse and office furnishings located in Gilroy and El Centro, California, and trade names and labels Gourmet Veg-Paq, Reda Verde, Ruby Ridge Farms, Truly Vegetarian, Salad Select and Tesoro Farms for $525,000; and

2.    To Ray Nava, substantially all of the equipment and vehicles located at Gilroy Machine, for $60,000.

# EXHIBIT F

**Anastassiou & Associates**
**Attorneys at Law**

**Salinas Office**
EFFIE F. ANASTASSIOU
effieesq@salinasaglaw.com

**Associate Attorneys**

DENIS KLAVDIANOS
denisesq@salinasaglaw.com

SCOTT J. ALLEN
scottesq@salinasaglaw.com

*EJA*

SalinasAgLaw.com

Courier: 242 Capitol Street
Salinas, CA 93901
Mailing: P.O. Box 2210, Salinas, CA 93902

Tel. (831) 754-2501
Fax: (831) 754-0621

**Pismo Beach Branch Office**
1035 Longview Avenue
Pismo Beach, CA*
Tel. (805)773-0750
Fax (805) 773-0751
*All correspondence must
be sent to Salinas Office

**Of Counsel - Santa Maria**
RICHARD C. BRENNEMAN
brenneman@bjalaw.net
Tel. (805) 922-4553
Fax (805) 928-7262

February 27, 2008

**Via Facsimile & U.S. Mail**

Steve O'Neill, Esq.
Murray and Murray
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014
(counsel for Fresh 'N Healthy, Inc.)

Kelly Sutherland, Esq.
Lombardo & Gilles
P.O. Box 2119
Salinas, CA 93902
(counsel for ASA Farms, Inc. and Braga
Ranch)

Robert Edward Izmirian, Esq.
Buchalter Nemer
333 Market Street, 25th Floor
San Francisco, CA 94105
(counsel for Comerica Bank)

Re:    **REQUEST TO STIPULATE TO SHORTEN TIME FOR HEARING
       MOTION TO INTERVENE
       OUR CLIENT: Oceano Packing Company, LLC**

Dear Counsel:

This firm represents Oceano Packing Company, LLC ("Oceano").

Oceano is filing, today, a Motion to Intervene (the "Motion") in the case styled <u>ASA Farms, Inc. v. Fresh 'N Healthy, Inc.</u>, N.D.Cal. case number C08-00122. The purpose of this letter is to request a stipulation for an order shortening time for hearing on the Motion. Oceano proposes the following shortened hearing and briefing schedule for the Motion:

1

| | |
|---|---|
| Oceano files Motion: | February 27, 2008 |
| Oppositions, if any, to be filed: | On or before March 5, 2008 |
| Oceano's Reply to be filed: | On or before March 7, 2008 |
| Hearing on the Motion: | March 10, 2008 |

Please let me know whether or not your respective clients will agree to this proposed shortened time for hearing by 2:00 p.m. on Thursday, February 28, 2008.

If I do not receive agreement from all parties to hearing of the Motion on shortened time by 2:00 pm on February 28, 2008, I will proceed to file an ex parte application to shorten time with the Court.

If you have any questions or concerns regarding these matters, please feel free to call me.

Sincerely,

Anastassiou & Associates

Scott J. Allen, Esq.
Attorneys for Oceano Packing Company, LLC

cc:     Oceano Packing Company, LLC

F:\OCA\Fresh 'N Healthy\Correspondence\02.27.08 request to stip shortened time.wpd

2