1  Effie F. Anastassiou, Esq. (SBN 96279)
   Scott J. Allen (State Bar #178925)
2  Denis Klavdianos, Esq. (SBN 225925)
   ANASTASSIOU& ASSOCIATES
3  242 Capitol Street
   Post Office Box 2210
4  Salinas, California 93902
   Telephone: (831) 754-2501
5  Facsimile: (831) 754-0621

6  Attorneys for OCEANO PACKING COMPANY, LLC

7

8              IN THE UNITED STATES DISTRICT COURT

9    FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10 ASA FARMS, INC., a California corporation and        ) Case No. C08-00122JF
   BRAGA RANCH                                          )
11                                                      )
                                                        )
12         Plaintiffs,                                  )
                                                        ) **[PROPOSED] ORDER GRANTING**
13                                                      ) **APPLICATION TO SHORTEN TIME**
                                                        ) **FOR HEARING ON OCEANO PACKING**
14         v.                                           ) **COMPANY, LLC'S MOTION TO**
                                                        ) **INTERVENE**
15                                                      )
   FRESH 'N HEALTHY, INC., a Delaware                   )
16 corporation, MARK WILLIAMS, an individual;           )
   JACK PARSON, an individual; STEVEN CINELLI,          )
17 an individual; CHAD HAGEN, an individual,            )
   SANTOS MARTINEZ, an individual; DON BEAM,            )
18 an individual; DARRYL NICHOLSON, an                  )
   individual; RICHARD MAY, an individual;              )
19 THOMAS COLOGNA, an individual; PRESTWICK             )
   PARTNERS, LLC, a California limited liability         )
20 company; SOLSTICE VENTURE PARTNERS,                  )
   LLC, a business entity form unknown; VFINANCE        )
21 INVESTMENTS, a business entity form unknown;         )
   FMP VINEYARD, LLC, a New Mexico limited              )
22 liability company;  BUTTONWOOD OPTION,               )
   LLC, a business entity form unknown; DW, LLC, a      )
23 business entity form unknown; M SOLAZZO              )
   TRUST 2002; P. SOLAZZO 1998; GIBBONS                 )
24 FAMILY TRUST; BIXLER TRUST;                          )
   STEIGERWALD TRUST and CARTER TRUST,                  )
25 COMERICA BANK and DOES 2 through 50,                 )
   inclusive,                                           )
26                                                      )
           Defendants                                   )
27                                                      )
                                                        )
28 _____          )

1    This Court has considered the ex Parte Application to Shorten Time for Hearing on Motion to

2    Intervene (the "Application"), filed by Oceano Packing Company, LLC ("Oceano"). Good cause

3    appearing, this Court hereby rules as follows:

4        1. The Application is GRANTED.

5        2. Oceano filed its Motion to Intervene on February 27, 2008.

6        3. Any party to this action wishing to file an opposition to the Motion to Intervene must do so on

7    or before March 4, 2008.

8        4. Oceano must file a reply to any opposition to the Motion to Intervene on or before March 6,

9    2008.

10       5. A hearing on the Motion to Intervene will be held on March 7, 2008 at _____

11    (a.m./p.m.).

12    **IT IS SO ORDERED**

13

14    Dated: _____      _____

15                          Jeremy Fogel
                             United States District Judge

16    F:\OCA\Fresh 'N Healthy\Pleadings\Motion to Intervene\Ex Parte Ap\ProposedOrder.ExParteApp.wpd

17

18

19

20

21

22

23

24

25

26

27

28

ASA v. Fresh 'N Healthy, Inc., et al.
Case Number: C08-00122JF         2        [Proposed] Order
Shortening Time for Hearing