Effie F. Anastassiou, Esq. (SBN 96279)
Scott J. Allen (State Bar #178925)
Denis Klavdianos, Esq. (SBN 225925)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for OCEANO PACKING COMPANY, LLC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASA FARMS, INC., a California corporation and BRAGA RANCH,<br><br>Plaintiffs,<br><br>v.<br><br>FRESH 'N HEALTHY, INC., a Delaware corporation, MARK WILLIAMS, an individual; JACK PARSON, an individual; STEVEN CINELLI, an individual; CHAD HAGEN, an individual, SANTOS MARTINEZ, an individual; DON BEAM, an individual; DARRYL NICHOLSON, an individual; RICHARD MAY, an individual; THOMAS COLOGNA, an individual; PRESTWICK PARTNERS, LLC, a California limited liability company; SOLSTICE VENTURE PARTNERS, LLC, a business entity form unknown; VFINANCE INVESTMENTS, a business entity form unknown; FMP VINEYARD, LLC, a New Mexico limited liability company; BUTTONWOOD OPTION, LLC, a business entity form unknown; DW, LLC, a business entity form unknown; M SOLAZZO TRUST 2002; P. SOLAZZO 1998; GIBBONS FAMILY TRUST; BIXLER TRUST; STEIGERWALD TRUST and CARTER TRUST, COMERICA BANK and DOES 2 through 50, inclusive,<br><br>Defendants. | Case No. C08-00122JF<br><br>**CERTIFICATE OF SERVICE** |

I am a legal resident of the United States, residing and employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the aforementioned action; my business address is 242 Capitol Street, Salinas, California, 93901.

On February 28, 2008, I served the following:

**EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO INTERVENE**

**DECLARATION OF SCOTT J. ALLEN IN SUPPORT OF OCEANO PACKING CO., LLC'S EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING ON OCEANO'S MOTION TO INTERVENE**

**[PROPOSED] ORDER GRANTING APPLICATION TO SHORTEN TIME FOR HEARING ON OCEANO PACKING COMPANY, LLC'S MOTION TO INTERVENE**

on the parties in said action by way of this court's ECF email notification to the participating parties set forth below.

Kenneth Gorman, Esq.
James Washburn Sullivan, Esq.
Kelly Sutherland, Esq.

Lombardo & Gilles, PLC, Attorneys for ASA Farms, Inc., and Braga Ranch.

Robert Anthony Franklin, Esq.

Murray & Murray, Attorneys for Fresh 'N Healthy, Inc.

I also served the above documents by placing them with an overnight mail company for delivery, a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to Anastassiou & Associates, addressed as shown below.

Robert E. Izmirian, Esq.
Buchalter Nemer
333 Market Street, 25th Floor
San Francisco, CA 94105

Attorneys for Comerica Bank

I, Sheresa L. Tanner, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Sheresa L. Tanner