STEPHEN T. O'NEILL (115132)
ROBERT A. FRANKLIN (091653)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: soneill@murraylaw.com
Email: rfranklin@murraylaw.com

Attorneys for Defendant Fresh 'N Healthy, Inc.
(Specially Appearing)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASA FARMS, INC., a California corporation and BRAGA RANCH, | Case No. C08-00122 PVT |
| Plaintiff(s). | **Certificate of Service** (SPECIALLY APPEARING) |
| v. | |
| FRESH 'N HEALTHY, INC., a Delaware corporation, MARK WILLIAMS, an individual; JACK PARSON, an individual; STEVEN CINELLI, an individual; CHAD HAGEN, an individual, SANTOS MARTINEZ, an individual; DON BEAM, an individual; DARRYL NICHOLSON, an individual; RICHARD MAY, an individual; THOMAS COLOGNA, an individual; PRESTWICK PARTNERS, LLC, a California limited liability company; SOLSTICE VENTURE PARTNERS, LLC, a business entity form unknown; VFINANCE INVESTMENTS, a business entity form unknown; FMP VINEYARD, LLC, a New Mexico limited liability company; BUTTONWOOD OPTION, LLC, a business entity form unknown; DW, LLC, a business entity form unknown; M SOLAZZO TRUST 2002; P. SOLAZZO 1998; GIBBONS FAMILY TRUST; BIXLER TRUST; STEIGERWALD TRUST and CARTER TRUST, and DOES 1 through 50, inclusive, | |
| Defendant(s). | |

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF SANTA CLARA  )

I am a citizen of the United States and employed in Santa Clara County. I am over the age of eighteen years and not a party to the above-entitled action; my business address is 19400 Stevens Creek Boulevard, Suite 200, Cupertino, CA 95014-2548.

On March 5, 2008, at my place of business, I served a true and correct copy of the following document(s):

1. **DEFENDANT'S RESPONSE TO OBJECTION TO STIPULATION TO MODIFY PRELIMINARY INJUNCTION; AND**

2. **DECLARATION OF RUSSELL K. BURBANK IN SUPPORT OF DEFENDANT'S RESPONSE TO OBJECTION TO STIPULATION TO MODIFY PRELIMINARY INJUNCTION;**

in the manner indicated below:

☒ By mail by enclosing said document(s) in an envelope and depositing the sealed envelope with the United States Postal Service with the postage fully prepaid, addressed as follows:

Kelly McCarthy Sutherland
Kenneth Gorman
James Washburn Sullivan
Lombardo & Gilles, LLP
318 Cayuga Street
Salinas, CA 93901

Effie F. Anastassiou
Anastassiou & Associates
242 Capitol Street
PO Box 2210
Salinas, CA 93902

Robert E. Izmirian
Buchalter Nemer
333 Market St., 25th Floor
San Francisco, CA 94105

☐ By facsimile transmission sending a true copy of the said document(s) to the person(s) indicated below to the following receiving station(s):

☐ By overnight delivery depositing the said document(s) in a sealed overnight delivery envelope, designated for overnight delivery, with all delivery charges prepaid, with an authorized representative addressed as follows:

☐ By hand delivery personally delivering or arranged to have personally delivered the said document(s) to the person(s) indicated below in a manner provided by law, by leaving the said document(s) at the office(s) or usual place(s) of business, during usual business hours, of the said person(s) with a clerk or other person who was apparently in charge thereof and at least 18 years of age, who was informed of the contents (as indicated):

1  ☐  By e-mail transmission sending a true copy of the said document(s) to the person(s) indicated below:

3  This Certificate was executed on March 5, 2008 at Cupertino, Santa Clara County, California. I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Priscilla Teague*
Priscilla Teague