1  STEPHEN T. O'NEILL (115132)
   ROBERT A. FRANKLIN (091653)
2  MURRAY & MURRAY
   A Professional Corporation
3  19400 Stevens Creek Blvd., Suite 200
   Cupertino, CA 95014-2548
4  Telephone: (650) 852-9000; (408) 907-9200
   Facsimile: (650) 852-9244
5  Email: soneill@murraylaw.com
   Email: rfranklin@murraylaw.com
6
   Attorneys Specially Appearing for Defendant
7  FRESH 'N HEALTHY, INC.

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11 | ASA FARMS, INC., a California          | Case No. C08-00122 PVT
     corporation and BRAGA RANCH,          |
12 |                                        | STIPULATION TO MODIFY
                Plaintiffs,                 | PRELIMINARY INJUNCTION
13 |                                        |
           vs.                              | (RE: DOCKET NO. 2)
14 |                                        |
   FRESH 'N HEALTHY, INC., a Delaware
15 corporation, MARK WILLIAMS, an
   individual; JACK PARSON, an individual;
16 STEVEN CINELLI, an individual; CHAD
   HAGEN, an individual, SANTOS
17 MARTINEZ, an individual; DON BEAM,
   an individual; DARRYL NICHOLSON, an
18 individual; RICHARD MAY, an
   individual; THOMAS COLOGNA, an
19 individual; PRESTWICK PARTNERS,
   LLC, a California limited liability
20 company; SOLSTICE VENTURE
   PARTNERS, LLC, a business entity form
21 unknown; VFINANCE INVESTMENTS, a
   business entity form unknown; FMP
22 VINEYARD, LLC, a New Mexico limited
   liability company, BUTTONWOOD
23 OPTION, LLC, a business entity form
   unknown; DW, LLC, a business entity
24 form unknown; M SOLAZZO TRUST
   2002; P. SOLAZZO 1998; GIBBONS
25 FAMILY TRUST; BIXLER TRUST;
   STEIGERWALD TRUST and CARTER
26 TRUST, and DOES 1 through 50,
   inclusive,
27
              Defendants.
28

BN 1746173v2                               1

STIPULATION TO MODIFY PRELIMINARY INJUNCTION - CASE NO. C08-00122 PVT

Received Time Feb. 22. 2:43PM

This Stipulation, made and entered into by and between Plaintiffs ASA Farms, Inc. and Braga Ranch ("Plaintiffs") and Defendant Fresh 'N Healthy, Inc. ("Defendant") is based upon the following facts:

A.  On or about January 29, 2008 this Court made and entered its Order Granting Plaintiffs' Motion For Preliminary Injunction (the "Order"), which prevents, among other things, Defendant from selling or transferring "any or all assets covered by or subject to the trust provisions of the PACA without agreement of the parties or until further order of this Court." [Order 2:6-11.]

B.  Order further provides that the assets subject to the Order include all assets of Defendant unless Defendant "can prove that a particular asset" is not subject to the PACA, with the burden of proof on the Defendant.

C.  Defendant contends, and Plaintiffs reserve their rights with respect to such contentions, that its machinery, fixtures, equipment and intellectual property were purchased with non-PACA assets, including paid in capital and loans from, among others, Comerica Bank.

D.  Defendant is in default of its obligations to its lender Comerica Bank and has ceased to conduct business. The net realizable value of Defendant's machinery, fixtures, equipment and intellectual property is at risk of diminution due to lack of security, lack of maintenance and the accrual of rents and other storage charges. Defendant desires to sell all or substantially all of its machinery, fixtures, equipment and intellectual property in one or more private sales, as summarized on Exhibit A hereto. Comerica Bank, as secured lender, has consented to such sales of its collateral.

E.  In order to preserve Plaintiffs' rights, if any, in and to the proceeds of the machinery, fixtures, equipment and intellectual property the parties have agreed to the entry of an order modifying the Order on the terms set forth below.

### STIPULATION

IT IS HEREBY STIPULATED AND AGREED that this Court may make and enter its order as follows:

1.  Defendant is hereby authorized to sell, in one or more private sales, its machinery,

Feb-22-08  02:29pm  From-Buchalter Nemer SF                +                T-259  P.004/005  F-637

fixtures, equipment and intellectual property, including labels, packaging and unregistered trade names and trademarks, provided, however, that the proceeds of such sale or sales shall be held in a segregated account at Comerica Bank subject to any and all claims of Plaintiffs, if any, to assert PACA rights thereto.

2.   Except as expressly set forth, nothing herein contained shall waive, alter or modify the rights of the parties under the Order, and the segregated proceeds shall be subject to Plaintiffs' PACA rights, if any, to the same extent and with the same validity and priority as such rights attached to the machinery, fixtures, equipment and intellectual property itself.

DATED: February ____, 2008

MURRAY & MURRAY
A Professional Corporation

By:_____

Attorneys Specially Appearing for Defendant
FRESH 'N HEALTHY, INC.

DATED: February 21, 2008

LOMBARDO & GILLES, LLP

By:_____

Attorneys for Plaintiffs
ASA FARMS, INC., and BRAGA RANCH

Comerica Bank hereby consents to entry of the foregoing order and agrees to be bound thereby.

DATED: February 22, 2008

BUCHALTER NEMER
A Professional Corporation

By:_____
ROBERT E. IZMIRIAN
Attorneys for
COMERICA BANK

BN 1746173v2                                3

STIPULATION TO MODIFY PRELIMINARY INJUNCTION - CASE NO. C08-00122 PVT

Received Time Feb. 22.  2:43PM

1  fixtures, equipment and intellectual property, including labels, packaging and unregistered trade
2  names and trademarks, provided, however, that the proceeds of such sale or sales shall be held in
3  a segregated account at Comerica Bank subject to any and all claims of Plaintiffs, if any, to assert
4  PACA rights thereto.

5      2. Except as expressly set forth, nothing herein contained shall waive, alter or modify
6  the rights of the parties under the Order, and the segregated proceeds shall be subject to Plaintiffs'
7  PACA rights, if any, to the same extent and with the same validity and priority as such rights
8  attached to the machinery, fixtures, equipment and intellectual property itself.

DATED: February 22, 2008

MURRAY & MURRAY
A Professional Corporation

By: /s/ Robert A. Frail

Attorneys Specially Appearing for Defendant
FRESH 'N HEALTHY, INC.

DATED: February ____, 2008

LOMBARDO & GILLES, LLP

By: _____

Attorneys for Plaintiffs
ASA FARMS, INC., and BRAGA RANCH

Comerica Bank hereby consents to entry of the foregoing order and agrees to be bound thereby.

DATED: February ____, 2008

BUCHALTER NEMER
A Professional Corporation

By: _____
ROBERT E. IZMIRIAN
Attorneys for
COMERICA BANK

March 11, 2008 IT IS SO ORDERED     US DISTRICT JUDGE JEREMY FOGEL

BN 1746173v2                                3

STIPULATION TO MODIFY PRELIMINARY INJUNCTION - CASE NO. C08-00122 PVT

# EXHIBIT A

Pending sales of assets of Fresh 'N Healthy, Inc.

1.  To Ashman Company, substantially all of the equipment, including processing equipment, farm equipment, pumps, irrigation pipes, forklifts, trucks, trailers and warehouse and office furnishings located in Gilroy and El Centro, California, and trade names and labels Gourmet Veg-Paq, Reda Verde, Ruby Ridge Farms, Truly Vegetarian, Salad Select and Tesoro Farms for $525,000; and

2.  To Ray Nava, substantially all of the equipment and vehicles located at Gilroy Machine, for $60,000.