1  Effie F. Anastassiou, Esq. (SBN 96279)
   Scott J. Allen (State Bar #178925)
2  Denis Klavdianos, Esq. (SBN 225925)
   ANASTASSIOU & ASSOCIATES
3  242 Capitol Street
   Post Office Box 2210
4  Salinas, California  93902
   Telephone:  (831) 754-2501
5  Facsimile:   (831) 754-0621

6  Attorneys for OCEANO PACKING COMPANY, LLC.

7

8              IN THE UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10 ASA FARMS, INC., a California corporation and  ) Case No. C08-00122JF
   BRAGA RANCH                                    )
11                                                )
                                                  )
12                                                ) DECLARATION OF EFFIE
           Plaintiffs,                            ) ANASTASSIOU IN SUPPORT OF
13                                                ) OCEANO PACKING COMPANY,
                                                  ) LLC'S REPLY IN FURTHER
14         v.                                     ) OPPOSITION TO STIPULATION TO
                                                  ) MODIFY INJUNCTION
15                                                )
   FRESH 'N HEALTHY, INC., a Delaware             )
16 corporation, MARK WILLIAMS, an individual;     ) Date:   March 14, 2008
   JACK PARSON, an individual; STEVEN CINELLI,    ) Time:   9:30 a.m.
17 an individual; CHAD HAGEN, an individual,      ) Judge Fogel
   SANTOS MARTINEZ, an individual; DON BEAM,      )
18 an individual; DARRYL NICHOLSON, an            )
   individual; RICHARD MAY, an individual;        )
19 THOMAS COLOGNA, an individual; PRESTWICK       )
   PARTNERS, LLC, a California limited liability  )
20 company; SOLSTICE VENTURE PARTNERS,            )
   LLC, a business entity form unknown; VFINANCE  )
21 INVESTMENTS, a business entity form unknown;   )
   FMP VINEYARD, LLC, a New Mexico limited        )
22 liability company; BUTTONWOOD OPTION,          )
   LLC, a business entity form unknown; DW, LLC, a )
23 business entity form unknown; M SOLAZZO        )
   TRUST 2002; P. SOLAZZO 1998; GIBBONS           )
24 FAMILY TRUST; BIXLER TRUST;                    )
   STEIGERWALD TRUST and CARTER TRUST,            )
25 COMERICA BANK and DOES 2 through 50,           )
   inclusive,                                     )
26                                                )
                                                  )
27         Defendants                             )
                                                  )
28 _____)

ASA v. Fresh 'N Healthy, Inc., et al.                              Anastassiou Declaration
Case Number: C08-00122JF              1

| | |
|---|---|
| 1 | OCEANO PACKING COMPANY, LLC, a California limited liability company, )
| 2 | )
| 3 | Intervening Plaintiff, )
| 4 | v. )
| 5 | FRESH 'N HEALTHY, INC., a Delaware corporation, MARK WILLIAMS, an individual; JACK PARSON, an individual; STEVEN CINELLI, an individual; CHAD HAGEN, an individual, SANTOS MARTINEZ, an individual; DON BEAM, an individual; DARRYL NICHOLSON, an individual; RICHARD MAY, an individual; THOMAS COLOGNA, an individual; PRESTWICK PARTNERS, LLC, a California limited liability company; SOLSTICE VENTURE PARTNERS, LLC, a California limited liability company; VFINANCE INVESTMENTS, a business entity form unknown; FMP VINEYARD, LLC, a New Mexico limited liability company; BUTTONWOOD OPTION, LLC, a business entity form unknown; DW, LLC, a business entity form unknown; M SOLAZZO TRUST 2002; P. SOLAZZO 1998; GIBBONS FAMILY TRUST; BIXLER TRUST; STEIGERWALD TRUST; CARTER TRUST; and COMERICA BANK, a Texas Corporation, )
| 16 | Defendants. )

I, Effie Anastassiou, hereby declare as follows:

1. I am an attorney at law licensed to practice in the State of California and before this Court. I am counsel of record for Oceano Packing Company, LLC ("Oceano") in this matter. I have personal knowledge of the matters stated herein and, if called to testify, could testify competently thereto.

2. Yesterday, March 11, 2008, I took the deposition of Stephen Cinelli, the Chairman of the Board of Directors for Defendant, Fresh 'N Healthy, Inc. ("Fresh"). The deposition was conducted in connection with a state court action in a case styled <u>Snow Seed Co. v. Fresh 'N Healthy</u>, pending in San Benito County Superior Court, Case Number CU0700149.

3. Given that Mr. Cinelli's deposition occurred yesterday, I do not yet have a certified copy of the transcript of the deposition. However, attached hereto as Exhibit A is a true and correct copy of a "rough" transcript of the deposition provided to me by the court reporter. At his deposition Mr. Cinelli testified

about an appraisal of Fresh's equipment that was conducted in late 2006. Mr. Cinelli did not remember the exact amount of the appraised value of the Fresh equipment, because he did not have the appraisal with him at the deposition.

4. Attached hereto as Exhibit B is a true and correct copy of an e-mail dated March 12, 2008, sent by Stephen O'Neill, counsel for Fresh, to Scott J. Allen, an attorney in my law firm who is also counsel of record for Oceano.

5. Attached hereto as Exhibit C is a true and correct copy of an appraisal of certain equipment purchased by Fresh from Santos Martinez in approximately March of 2007. The appraisal was sent to Scott Allen by Stephen O'Neill on March 12, 2008.

6. Attached hereto as Exhibit D are true and correct copies of a string of e-mails between Scott Allen of my firm, Stephen O'Neill (counsel for Fresh), and others, including myself. Those e-mails, and Exhibit B hereto, show that on several occasions prior to March 11, 2008, Scott Allen specifically requested that Fresh provide to Oceano a copy of the appraisal which is attached hereto as Exhibit C to Oceano. As can be seen in the March 6, 2008 e-mail from Steve O'Neill to Scott Allen, Fresh's counsel specifically refused to provide the appraisal to Oceano prior to March 12, 2008.

7. After receiving the appraisal from counsel for Fresh, I directed a member of my staff to calculate the total "Orderly Liquidation Value" and "Fair Market Value" for the assets subject to the appraisal, as set forth in the appraisal. Attached hereto as Exhibit E is a true and correct copy of a spreadsheet with that calculation which was prepared by my staff. As shown on Exhibit E, the total "Orderly Liquidation Value" of the assets subject to the appraisal is $2.434 million; and the total "Fair Market Value" for the assets is $3.728 million.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 12, 2008

By: _____
Effie F. Anastassiou
Attorneys for Intervening Plaintiffs
OCEANO PACKING, CO., INC.

F:\OCA\Fresh 'N Healthy\Pleadings\EFA Dec Reply.wpd

ASA v. Fresh 'N Healthy, Inc., et al.
Case Number: C08-00122JF

3

Anastassiou Declaration