1  Effie F. Anastassiou, Esq. (SBN 96279)
   Scott J. Allen (State Bar #178925)
2  Denis Klavdianos, Esq. (SBN 225925)
   ANASTASSIOU & ASSOCIATES
3  242 Capitol Street
   Post Office Box 2210
4  Salinas, California 93902
   Telephone: (831) 754-2501
5  Facsimile: (831) 754-0621

6  Attorneys for OCEANO PACKING COMPANY, LLC.

7

8              IN THE UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10 ASA FARMS, INC., a California corporation and ) Case No. C08-00122JF
   BRAGA RANCH                                   )
11                                               )
                                                 )  **CERTIFICATE OF SERVICE**
12              Plaintiffs,                      )
                                                 )
13                                               )
                                                 )
14              v.                               )
                                                 )
15                                               )
   FRESH 'N HEALTHY, INC., a Delaware            )
16 corporation, MARK WILLIAMS, an individual;    )
   JACK PARSON, an individual; STEVEN CINELLI,   )
17 an individual; CHAD HAGEN, an individual,     )
   SANTOS MARTINEZ, an individual; DON BEAM,     )
18 an individual; DARRYL NICHOLSON, an           )
   individual; RICHARD MAY, an individual;       )
19 THOMAS COLOGNA, an individual; PRESTWICK      )
   PARTNERS, LLC, a California limited liability )
20 company; SOLSTICE VENTURE PARTNERS,           )
   LLC, a business entity form unknown; VFINANCE )
21 INVESTMENTS, a business entity form unknown;  )
   FMP VINEYARD, LLC, a New Mexico limited       )
22 liability company; BUTTONWOOD OPTION,         )
   LLC, a business entity form unknown; DW, LLC, a )
23 business entity form unknown; M SOLAZZO       )
   TRUST 2002; P. SOLAZZO 1998; GIBBONS          )
24 FAMILY TRUST; BIXLER TRUST;                   )
   STEIGERWALD TRUST and CARTER TRUST,           )
25 COMERICA BANK and DOES 2 through 50,          )
   inclusive,                                    )
26                                               )
                Defendants                       )
27                                               )
                                                 )
28 _____       )

| | |
|---|---|
| 1 | OCEANO PACKING COMPANY, LLC, a California limited liability company, ) |
| 2 | ) |
| 3 | Intervening Plaintiff, ) |
| 4 | v. ) |
| 5 | FRESH 'N HEALTHY, INC., a Delaware corporation, MARK WILLIAMS, an individual; JACK PARSON, an individual; STEVEN CINELLI, an individual; CHAD HAGEN, an individual, SANTOS MARTINEZ, an individual; DON BEAM, an individual; DARRYL NICHOLSON, an individual; RICHARD MAY, an individual; THOMAS COLOGNA, an individual; PRESTWICK PARTNERS, LLC, a California limited liability company; SOLSTICE VENTURE PARTNERS, LLC, a California limited liability company; VFINANCE INVESTMENTS, a business entity form unknown; FMP VINEYARD, LLC, a New Mexico limited liability company; BUTTONWOOD OPTION, LLC, a business entity form unknown; DW, LLC, a business entity form unknown; M SOLAZZO TRUST 2002; P. SOLAZZO 1998; GIBBONS FAMILY TRUST; BIXLER TRUST; STEIGERWALD TRUST; CARTER TRUST; and COMERICA BANK, a Texas Corporation, ) |
| 16 | Defendants. ) |

I am a legal resident of the United States, residing and employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the aforementioned action; my business address is 242 Capitol Street, Salinas, California, 93901.

On March 12, 2008, I served the following:

**OCEANO PACKING COMPANY, LLC'S REPLY IN FURTHER OPPOSITION TO STIPULATION TO MODIFY INJUNCTION; and**

**DECLARATION OF EFFIE ANASTASSIOU IN SUPPORT OF OCEANO PACKING COMPANY, LLC'S REPLY IN FURTHER OPPOSITION TO STIPULATION TO MODIFY INJUNCTION**

on the parties in said action by way of this court's ECF email notification to the participating parties set forth below.

Kenneth Gorman, Esq.
James Washburn Sullivan, Esq.

1 | Kelly Sutherland, Esq.

2 | Attorneys for ASA Farms, Inc., and Braga Ranch.

4 | Robert Anthony Franklin, Esq.

5 | Murray & Murray, Attorneys for Fresh 'N Healthy, Inc.

6 |     I, Sheresa L. Tanner, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Sheresa L. Tanner

ASA v. Fresh 'N Healthy, Inc., et al.
Case Number: C08-00122JF

3

Certificate of Service