UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, March 14, 2008
**Case Number:** CV-08-122-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:     ASA FARMS, ET AL   V.   FRESH 'N HEALTHY, ET AL

**PLAINTIFF**                                                             **DEFENDANT**

Attorneys Present: Kenneth Gorman                        Attorneys Present: Robert Franklin
Effie Anastassiou for Oceano                                    Robert Izmirian for Comerica

---

PROCEEDINGS:

   Hearing on Modification of Preliminary Injunction held.  Parties are present.  The motion is continued to 3/21/08 at 9:00 a.m. for further hearing.  The Court orders the parties shall maintain the status quo and if defendant files bankruptcy the case shall be stayed and the hearing will be taken off calendar.