# Anastassiou & Associates
## Attorneys at Law

SalinasAgLaw.com

**Salinas Office**
EFFIE F. ANASTASSIOU
effieesq@salinasaglaw.com

**Associate Attorneys**

DENIS KLAVDIANOS
denisesq@salinasaglaw.com

SCOTT J. ALLEN
scottesq@salinasaglaw.com

Courier: 242 Capitol Street
Salinas, CA 93901
Mailing: P.O. Box 2210, Salinas, CA 93902

Tel. (831) 754-2501
Fax: (831) 754-0621

**Pismo Beach Branch Office**
1035 Longview Avenue
Pismo Beach, CA*
Tel. (805)773-0750
Fax (805) 773-0751
*All correspondence must
be sent to Salinas Office

**Of Counsel - Santa Maria**
RICHARD C. BRENNEMAN
brenneman@bjalaw.net
Tel. (805) 922-4553
Fax (805) 928-7262

March 19, 2008

**Via E-Mail Only**
United States District Court
Northern District of California
Attention: Judge Jeremy Fogel
280 South 1st Street, Room 2112
San Jose, CA 95113

RE:   ASA Farms, Inc., et al. v. Fresh 'N Healthy, Inc., et al.
      *U.S.D.C. Northern District of CA, Case No. C08-00122-JF*

Dear Judge Fogel:

Attached please find a copy of the [Proposed] Order Re: Oceano Packing Company, LLC's Objections to Stipulation to Modify Preliminary Injunction; and a Certificate of Service thereon, which was filed electronically this evening, for review and entry at the hearing currently scheduled for 9:00 a.m. on March 21, 2008.

We have forwarded a copy of the [Proposed] Order to Marion Quesenbery, counsel for Dobler & Sons, LLC who wish to consolidate their case into this matter and she has approved the form of [Proposed] Order. Furthermore, we have also sent a copy of the [Proposed] Order to Ken Gorman, counsel for Plaintiff ASA Farms, Inc., and Braga Ranch, but we have not yet received his comments and/or approval regarding the [Proposed] Order.

Please also, be advised that as indicated in the Certificate of Service, we are also circulating a copy of the [Proposed] Order to all other interested counsel, and welcome any suggestions or comments regarding the same, from them.

ANASTASSIOU & ASSOCIATES

By: _____
Effie F. Anastassiou, Esq.

Enclosures as above.
cc:   Oceano Packing Company, LLC
      Kenneth Gorman, Esq.
      Robert Anthony Franklin, Esq.
      Terrence R. O'Connor, Esq.
      Robert E. Izmirian, Esq. (Courtesy Copy via Email Only)

F:\OCA\Fresh 'N Healthy\Correspondence\03.19.08.JudgeLetter.wpd