Effie F. Anastassiou, Esq. (SBN 96279)
Scott J. Allen (State Bar #178925)
Denis Klavdianos, Esq. (SBN 225925)
ANASTASSIOU& ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for OCEANO PACKING COMPANY, LLC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

ASA FARMS, INC., a California corporation and BRAGA RANCH

Plaintiffs,

v.

FRESH 'N HEALTHY, INC., a Delaware corporation, MARK WILLIAMS, an individual; JACK PARSON, an individual; STEVEN CINELLI, an individual; CHAD HAGEN, an individual, SANTOS MARTINEZ, an individual; DON BEAM, an individual; DARRYL NICHOLSON, an individual; RICHARD MAY, an individual; THOMAS COLOGNA, an individual; PRESTWICK PARTNERS, LLC, a California limited liability company; SOLSTICE VENTURE PARTNERS, LLC, a business entity form unknown; VFINANCE INVESTMENTS, a business entity form unknown; FMP VINEYARD, LLC, a New Mexico limited liability company; BUTTONWOOD OPTION, LLC, a business entity form unknown; DW, LLC, a business entity form unknown; M SOLAZZO TRUST 2002; P. SOLAZZO 1998; GIBBONS FAMILY TRUST; BIXLER TRUST; STEIGERWALD TRUST and CARTER TRUST, COMERICA BANK and DOES 2 through 50, inclusive,

Defendants

Case No. C08-00122JF

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| 1 | OCEANO PACKING COMPANY, LLC, a California limited liability company, ) |
| 2 | ) |
| 3 | Intervening Plaintiff, ) |
| 4 | v. ) |
| 5 | FRESH 'N HEALTHY, INC., a Delaware corporation, MARK WILLIAMS, an individual; JACK PARSON, an individual; STEVEN CINELLI, an individual; CHAD HAGEN, an individual, SANTOS MARTINEZ, an individual; DON BEAM, an individual; DARRYL NICHOLSON, an individual; RICHARD MAY, an individual; THOMAS COLOGNA, an individual; PRESTWICK PARTNERS, LLC, a California limited liability company; SOLSTICE VENTURE PARTNERS, LLC, a California limited liability company; VFINANCE INVESTMENTS, a business entity form unknown; FMP VINEYARD, LLC, a New Mexico limited liability company; BUTTONWOOD OPTION, LLC, a business entity form unknown; DW, LLC, a business entity form unknown; M SOLAZZO TRUST 2002; P. SOLAZZO 1998; GIBBONS FAMILY TRUST; BIXLER TRUST; STEIGERWALD TRUST; CARTER TRUST; and COMERICA BANK, a Texas Corporation, ) |
| 16 | Defendants. ) |

I am a legal resident of the United States, residing and employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the aforementioned action; my business address is 242 Capitol Street, Salinas, California, 93901.

On March 19, 2008, I served the following:

**[PROPOSED] ORDER RE: OCEANO PACKING COMPANY, LLC'S OBJECTIONS TO STIPULATION TO MODIFY PRELIMINARY INJUNCTION**

on the parties in said action by way of this court's ECF email notification to the participating parties set forth below.

Kenneth Gorman, Esq.
James Washburn Sullivan, Esq.
Kelly Sutherland, Esq.

Attorneys for ASA Farms, Inc., and Braga Ranch.

Robert Anthony Franklin, Esq.

Murray & Murray, Attorneys for Fresh 'N Healthy, Inc.

Terrence R. O'Connor

Noland, Hamerly, Etienne & Hoss, Attorneys for Jack Parson

 I, Sheresa L. Tanner, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Sheresa L. Tanner