STEPHEN T. O'NEILL (115132)
ROBERT A. FRANKLIN (091653)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: soneill@murraylaw.com
Email: rfranklin@murraylaw.com

Attorneys Specially Appearing for Defendant
Fresh 'N Healthy, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASA FARMS, INC., a California corporation and BRAGA RANCH, <br><br> Plaintiff(s). <br><br> v. <br><br> FRESH 'N HEALTHY, INC., a Delaware corporation, et al. <br><br> Defendant(s). | Case No. C08-00122 PVT |

### NOTICE OF AUTOMATIC STAY

**PLEASE TAKE NOTICE** that Fresh 'N Healthy, Inc., has filed for relief on March 20, 2008 in the United States Bankruptcy Court, Northern District of California, San Jose Division under Chapter 7 of the Bankruptcy Code title 11, United States Code §362(a). The Bankruptcy Court Case No. is 08-51326. A copy of the **NOTICE OF BANKRUPTCY CASE FILING** is attached hereto as **Exhibit "A"**.

The filing of the Voluntary Petition operates as an automatic stay, applicable to all entities of:

"(1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7) the setoff of any debt owing the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor."

Dated:  March 20, 2008

**MURRAY & MURRAY**
A Professional Corporation

By:  */s/ Robert A. Franklin*
Robert A. Franklin
Attorneys Specially Appearing for Defendant
Fresh 'N Healthy, Inc.