STEPHEN T. O'NEILL (115132)
ROBERT A. FRANKLIN (091653)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: soneill@murraylaw.com
Email: rfranklin@murraylaw.com

Attorneys Specially Appearing for Defendant
Fresh 'N Healthy, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASA FARMS, INC., a California corporation and BRAGA RANCH,<br><br>Plaintiff(s).<br><br>v.<br><br>FRESH 'N HEALTHY, INC., a Delaware corporation, et al.<br><br>Defendant(s). | Case No. C08-00122 PVT |

### Exhibit "A" To

### Notice Of Automatic Stay

RAF:pt
K:\Fresh 'n Healthy\Lit\ASA\Pld\BkAutoStayNtc Exh.doc

1

United States Bankruptcy Court
Northern District of California

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 03/20/2008 at 3:56 PM and filed on 03/20/2008.

**Fresh 'n Healthy, Inc.**
4395 Davidson Avenue
Gilroy, CA 95020
Tax id: 20-5513379



The case was filed by the debtor's attorney:

**Ivan Jen**
Murray and Murray
19400 Stevens Creek Bl
Cupertino, CA 95014-2548
(408)907-9200

**The case was assigned case number 08-51326.**

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.canb.uscourts.gov/ or at the Clerk's Office, 280 South First Street, Room 3035, San Jose, CA 95113.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Gloria L. Franklin**
**Clerk, U.S. Bankruptcy Court**