1  STEPHEN T. O'NEILL (115132)
   ROBERT A. FRANKLIN (091653)
2  MURRAY & MURRAY
   A Professional Corporation
3  19400 Stevens Creek Blvd., Suite 200
   Cupertino, CA 95014-2548
4  Telephone:  (650) 852-9000; (408) 907-9200
   Facsimile:  (650) 852-9244
5  Email:  soneill@murraylaw.com
   Email:  rfranklin@murraylaw.com
6
7  Attorneys Specially Appearing for
   Defendant Fresh 'N Healthy, Inc.
8
9
                  **UNITED STATES DISTRICT COURT**
10
          **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**
11
12  ASA FARMS, INC., a California          )
    corporation and BRAGA RANCH,          )      Case No. C08-00122 PVT
13                                         )
              Plaintiff(s).               )
14                                         )
          v.                              )
15                                         )
    FRESH 'N HEALTHY, INC., a Delaware     )
16  corporation, et al.                    )
                                           )
17            Defendant(s).               )
                                           )
18  _____   )

                      **CERTIFICATE OF SERVICE**
19

20  STATE OF CALIFORNIA            )
                                   ) ss.
21  COUNTY OF SANTA CLARA          )

22
          I am a citizen of the United States and employed in Santa Clara County.  I am over the age of
23
    eighteen years and not a party to the above-entitled action; my business address is 19400 Stevens
24
    Creek Boulevard, Suite 200, Cupertino, CA 95014-2548.
25
          On March 20, 2008, at my place of business, I served a true and correct copy of the following
26
    document(s):
27
          1.      NOTICE OF AUTOMATIC STAY.
28
    in the manner indicated below:

1    ☒    By mail by enclosing said document(s) in an envelope and depositing the sealed envelope with
          the United States Postal Service with the postage fully prepaid, addressed as follows:

2

3         Kelly McCarthy Sutherland              Effie F. Anastassiou
          Kenneth Gorman                         Anastassiou & Associates
4         James Washburn Sullivan                242 Capitol Street
          Lombardo & Gilles, LLP                 PO Box 2210
5         318 Cayuga Street                      Salinas, CA  93902
          Salinas, CA  93901
6

7         Robert E. Izmirian
          Buchalter Nemer
8         333 Market St., 25th Floor
          San Francisco, CA  94105

9    ☐    By facsimile transmission sending a true copy of the said document(s) to the person(s)
          indicated below to the following receiving station(s):
10

11   ☐    By overnight delivery depositing the said document(s) in a sealed overnight delivery envelope,
          designated for overnight delivery, with all delivery charges prepaid, with an authorized
12        representative addressed as follows:

13   ☐    By hand delivery personally delivering or arranged to have personally delivered the said
          document(s) to the person(s) indicated below in a manner provided by law, by leaving the said
14        document(s) at the office(s) or usual place(s) of business, during usual business hours, of the
          said person(s) with a clerk or other person who was apparently in charge thereof and at least
15        18 years of age, who was informed of the contents (as indicated):

16   ☐    By e-mail transmission sending a true copy of the said document(s) to the person(s) indicated
          below:
17

18        This Certificate was executed on March 20, 2008 at Cupertino, Santa Clara County,

19   California.  I declare under penalty of perjury that the foregoing is true and correct.

20

21                                        /s/ Priscilla Teague
                                          Priscilla Teague
22

23

24

25

26

27

28

RAF: icj/pt
K:\Fresh 'n Healthy\Lit\ASA\Pld\BkAutoStayNtc COS.doc          2    CERTIFICATE OF SERVICE