1  Effie F. Anastassiou, Esq. (SBN 96279)
   Scott J. Allen (State Bar #178925)
2  Denis Klavdianos, Esq. (SBN 225925)
   ANASTASSIOU & ASSOCIATES
3  242 Capitol Street
   Post Office Box 2210
4  Salinas, California 93902
   Telephone: (831) 754-2501
5  Facsimile: (831) 754-0621

6  Attorneys for OCEANO PACKING COMPANY, LLC.

7

8              IN THE UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10 ASA FARMS, INC., a California corporation and  ) Case No. C08-00122JF
   BRAGA RANCH                                    )
11                                                )
                                                  ) **VOLUNTARY DISMISSAL OF**
12                Plaintiffs,                     ) **INTERVENOR OCEANO PACKING**
                                                  ) **COMPANY, LLC'S COMPLAINT-IN-**
13                                                ) **INTERVENTION**
                                                  )
14                v.                              )
                                                  )
15                                                )
   FRESH 'N HEALTHY, INC., a Delaware             )
16 corporation, MARK WILLIAMS, an individual;     )
   JACK PARSON, an individual; STEVEN CINELLI,    )
17 an individual; CHAD HAGEN, an individual,      )
   SANTOS MARTINEZ, an individual; DON BEAM,      )
18 an individual; DARRYL NICHOLSON, an            )
   individual; RICHARD MAY, an individual;        )
19 THOMAS COLOGNA, an individual; PRESTWICK       )
   PARTNERS, LLC, a California limited liability  )
20 company; SOLSTICE VENTURE PARTNERS,            )
   LLC, a business entity form unknown; VFINANCE  )
21 INVESTMENTS, a business entity form unknown;   )
   FMP VINEYARD, LLC, a New Mexico limited        )
22 liability company; BUTTONWOOD OPTION,          )
   LLC, a business entity form unknown; DW, LLC, a )
23 business entity form unknown; M SOLAZZO        )
   TRUST 2002; P. SOLAZZO 1998; GIBBONS           )
24 FAMILY TRUST; BIXLER TRUST;                    )
   STEIGERWALD TRUST and CARTER TRUST,            )
25 COMERICA BANK and DOES 2 through 50,           )
   inclusive,                                    )
26                                                )
                                                  )
27                Defendants                      )
                                                  )
28 _____  )

| | |
|---|---|
| 1 | OCEANO PACKING COMPANY, LLC, a California limited liability company, )
| 2 | )
| 3 | Intervening Plaintiff, )
| 4 | v. )
| 5 | FRESH 'N HEALTHY, INC., a Delaware corporation, MARK WILLIAMS, an individual; JACK PARSON, an individual; STEVEN CINELLI, an individual; CHAD HAGEN, an individual, SANTOS MARTINEZ, an individual; DON BEAM, an individual; DARRYL NICHOLSON, an individual; RICHARD MAY, an individual; THOMAS COLOGNA, an individual; PRESTWICK PARTNERS, LLC, a California limited liability company; SOLSTICE VENTURE PARTNERS, LLC, a California limited liability company; VFINANCE INVESTMENTS, a business entity form unknown; FMP VINEYARD, LLC, a New Mexico limited liability company; BUTTONWOOD OPTION, LLC, a business entity form unknown; DW, LLC, a business entity form unknown; M SOLAZZO TRUST 2002; P. SOLAZZO 1998; GIBBONS FAMILY TRUST; BIXLER TRUST; STEIGERWALD TRUST; CARTER TRUST; and COMERICA BANK, a Texas Corporation, )
| 16 | Defendants. )

Intervening Plaintiff OCEANO PACKING COMPANY, LLC ("Oceano"), hereby requests that the Complaint-in-Intervention filed with this Court by Oceano on March 12, 2008, be dismissed in its entirety, with regards to all Defendants, and all causes of action without prejudice.

DATED: May 7, 2008

ANASTASSIOU & ASSOCIATES

By: _____
Effie F. Anastassiou, Esq., Attorney for Intervenor, Oceano Packing Company, LLC

F:\OCA\Fresh 'N Healthy\Pleadings\Motion to Intervene\Dismissal.wpd

ASA v. Fresh 'N Healthy, Inc., et al.
Case Number: C08-00122JF

2

Voluntary Dismissal of
Complaint-in-Intervention