1  Kelly McCarthy Sutherland, Esq., #168222
   J. Kenneth Gorman, Esq. # 102293
2  LOMBARDO & GILLES, LLP
   318 Cayuga Street
3  Salinas, California 93901
   Telephone: 831.754.2444
4  Facsimile: 831.754.2011

5  Attorneys for Plaintiffs
   ASA Farms, Inc. and Braga Ranch
6

7

8

                    IN THE UNITED STATES DISTRICT COURT
9
           FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
10

11 ASA FARMS, INC., a California corporation and ) Case No. C08-00122JF
   BRAGA RANCH,                                  )
                                                 ) **STIPULATION FOR DISMISSAL**
12                 Plaintiffs,                   ) **OF PACA CLAIM BY PLAINTIFFS**
                                                 ) **ASA FARMS, INC. AND BRAGA**
13 v.                                            ) **RANCH OF ALL DEFENDANTS**
                                                 )
14 FRESH 'N HEALTHY, INC., a Delaware            ) [Fed. R. Civ. P. 41(a)(1)]
   corporation, MARK WILLIAMS, an individual;    )
15 JACK PARSON, an individual; STEVEN            )
   CINELLI, an individual; CHAD HAGEN, an        )
16 individual, SANTOS MARTINEZ, an individual;   )
   DON BEAM, an individual; DARRYL               )
17 NICHOLSON, an individual; RICHARD MAY,        )
   an individual; THOMAS COLOGNA, an             )
18 individual; PRESTWICK PARTNERS, LLC, a        )
   California limited liability company; SOLSTICE)
19 VENTURE PARTNERS, LLC, a business entity      )
   form unknown; VFINANCE INVESTMENTS, a         )
20 business entity form unknown; FMP             )
   VINEYARD, LLC, a New Mexico limited           )
21 liability company; BUTTONWOOD OPTION,         )
   LLC, a business entity form unknown; DW, LLC, )
22 a business entity form unknown; M SOLAZZO     )
   TRUST 2002; P. SOLAZZO 1998; GIBBONS          )
23 FAMILY TRUST; BIXLER TRUST;                   )
   STEIGERWALD TRUST and CARTER TRUST,           )
24 COMERICA BANK and DOES 2 through 50,          )
   inclusive,                                    )
25                                               )
                   Defendants.                   )
26 _____ )

27

28                                       1
   _____
   *ASA Farms v Fresh 'N Healthy, et al.*
   Case No C08-00122JF
   Stipulation for Dismissal

1.  Plaintiffs ASA Farms, Inc. and Braga Ranch hereby stipulate and agree through their
2   respective counsel that the above-captioned complaint be dismissed as against all defendants
3   appearing in the matter, without prejudice, with each party to bear its own costs and attorneys'
4   fees pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

5   Dated: May 30, 2008                     LOMBARDO & GILLES, LLP

7                                           By: *Kelly Sutherland*
                                            Kelly McCarthy Sutherland
8                                           Attorneys for Plaintiffs
                                            ASA Farms, Inc., and Braga Ranch
9   Dated: May 30, 2008                     NOLAND, HAMERLY, ETIENNE & HOSS

11                                          By: _____
12                                          Terrence R. O'Connor
                                            Attorneys for Defendant
13                                          Jack Parsons

14  Dated: May 30, 2008                     ANASTASSIOU & ASSOCIATES

16                                          By: _____
                                            Effie P. Anastassiou
17                                          Attorneys for Intervenor
                                            Oceano Packing Company, LLC

18  Dated: May 30, 2008                     BUCHALTER NEMER PC

20                                          By: _____
21                                          Robert Izmirian
                                            Attorneys for Defendant
22                                          Comerica Bank

    Dated: May 30, 2008                     MURRAY and MURRAY
23

25                                          By: _____
                                            Ivan Jen
26                                          Attorneys for Defendant
                                            Fresh 'N Healthy, Inc.

                                    2

*ASA Farms v. Fresh 'N Healthy, et al.*
Case No. C08-00122JF
Stipulation for Dismissal

1. Plaintiffs ASA Farms, Inc. and Braga Ranch hereby stipulate and agree through their
2. respective counsel that the above-captioned complaint be dismissed as against all defendants
3. appearing in the matter, without prejudice, with each party to bear its own costs and attorneys'
4. fees pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

5. Dated: May 30, 2008    LOMBARDO & GILLES, LLP

7. By: *Kelly Sutherland* (signature)
8. Kelly McCarthy Sutherland
   Attorneys for Plaintiffs
9. ASA Farms, Inc., and Braga Ranch

9. Dated: May 30, 2008    NOLAND, HAMERLY, ETIENNE & HOSS

12. By: _____
    Terrence R. O'Connor
13. Attorneys for Defendant
    Jack Parsons

14. Dated: May 30, 2008    ANASTASSIOU & ASSOCIATES

16. By: (signature)
17. Effie F. Anastassiou
    Attorneys for Intervenor
    Oceano Packing Company, LLC

18. Dated: May 30, 2008    BUCHALTER NEMER PC

20. By: _____
21. Robert Izmirian
    Attorneys for Defendant
22. Comerica Bank

23. Dated: May 30, 2008    MURRAY and MURRAY

25. By: _____
    Ivan Jen
26. Attorneys for Defendant
    Fresh 'N Healthy, Inc.

---

ASA Farms v. Fresh 'N Healthy, et al.                    2
Case No. C08-00122JF
Stipulation for Dismissal

TOTAL P.03

1.     Plaintiffs ASA Farms, Inc. and Braga Ranch hereby stipulate and agree through their respective counsel that the above-captioned complaint be dismissed as against all defendants appearing in the matter, without prejudice, with each party to bear its own costs and attorneys' fees pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: May 30, 2008     LOMBARDO & GILLES, LLP

By: *Kelly Sutherland*
Kelly McCarthy Sutherland
Attorneys for Plaintiffs
ASA Farms, Inc., and Braga Ranch

Dated: May 30, 2008     NOLAND, HAMERLY, ETIENNE & HOSS

By: _____
Terrence R. O'Connor
Attorneys for Defendant
Jack Parsons

Dated: May 30, 2008     ANASTASSIOU & ASSOCIATES

By: _____
Effie P. Anastassiou
Attorneys for Intervenor
Oceano Packing Company, LLC

Dated: May 30, 2008     BUCHALTER NEMER PC

By: *Robert Izmirian*
Robert Izmirian
Attorneys for Defendant
Comerica Bank

Dated: May 30, 2008     MURRAY and MURRAY

By: _____
Ivan Jen
Attorneys for Defendant
Fresh 'N Healthy, Inc.

2

*ASA Farms v. Fresh 'N Healthy, et al*
Case No. C08-00122JF
Stipulation for Dismissal

TOTAL P.03

1.    Plaintiffs ASA Farms, Inc. and Braga Ranch hereby stipulate and agree through their
2. respective counsel that the above-captioned complaint be dismissed as against all defendants
3. appearing in the matter, without prejudice, with each party to bear its own costs and attorneys'
4. fees pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

5. Dated: May 30, 2008                 LOMBARDO & GILLES, LLP

By: *Kelly Sutherland*
Kelly McCarthy Sutherland
Attorneys for Plaintiffs
ASA Farms, Inc., and Braga Ranch

Dated: May 30, 2008                 NOLAND, HAMERLY, ETIENNE & HOSS

By: _____
Terrence R. O'Connor
Attorneys for Defendant
Jack Parsons

Dated: May 30, 2008                 ANASTASSIOU & ASSOCIATES

By: _____
Effie P. Anastassiou
Attorneys for Intervenor
Oceano Packing Company, LLC

Dated: May 30, 2008                 BUCHALTER NEMER PC

By: _____
Robert Izmirian
Attorneys for Defendant
Comerica Bank

Dated: May 30, 2008                 MURRAY and MURRAY

By: _____
Ivan Jen
Attorneys for Defendant
Fresh 'N Healthy, Inc.

2

ASA Farms v. Fresh 'N Healthy, et al.
Case No. C08-00122JF
Stipulation for Dismissal

Received Time May. 30. 10:40AM

TOTAL P.03