1  Kelly McCarthy Sutherland, Esq., #168222
   J. Kenneth Gorman, Esq. # 102293
2  LOMBARDO & GILLES, LLP
   318 Cayuga Street
3  Salinas, California 93901
   Telephone: 831.754.2444
4  Facsimile: 831.754.2011

5  Attorneys for Plaintiffs
   ASA Farms, Inc. and Braga Ranch
6

7

8                IN THE UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10 ASA FARMS, INC., a California corporation and  )  Case No. C08-00122JF
   BRAGA RANCH,                                   )
11                                                )  **NOTICE OF DISMISSAL BY**
                                                  )  **PLAINTIFFS ASA FARMS, INC.**
12                Plaintiffs,                     )  **AND BRAGA RANCH OF ALL**
                                                  )  **DEFENDANTS**
13 v.                                             )
                                                  )
14 FRESH 'N HEALTHY, INC., a Delaware             )
   corporation, MARK WILLIAMS, an individual;     )
15 JACK PARSON, an individual; STEVEN             )
   CINELLI, an individual; CHAD HAGEN, an         )
16 individual, SANTOS MARTINEZ, an individual;    )
   DON BEAM, an individual; DARRYL                )
17 NICHOLSON, an individual; RICHARD MAY,         )
   an individual;  THOMAS COLOGNA, an             )
18 individual; PRESTWICK PARTNERS, LLC, a         )
   California limited liability company; SOLSTICE )
19 VENTURE PARTNERS, LLC, a business entity       )
   form unknown; VFINANCE INVESTMENTS, a          )
20 business entity form unknown; FMP              )
   VINEYARD, LLC, a New Mexico limited            )
21 liability company; BUTTONWOOD OPTION,          )
   LLC, a business entity form unknown; DW, LLC,  )
22 a business entity form unknown; M SOLAZZO      )
   TRUST 2002; P. SOLAZZO 1998; GIBBONS           )
23 FAMILY TRUST; BIXLER TRUST;                    )
   STEIGERWALD TRUST and CARTER TRUST,)
24 and DOES 1 through 50, inclusive,              )
                                                  )
25                Defendants.                     )
                                                  )
26 _____)

27

28                                     1
   *ASA Farms v. Fresh 'N Healthy, et al*
   Case No. C08-00122JF
   Notice of Dismissal

1     Plaintiffs ASA Farms, Inc. and Braga Ranch hereby dismiss the above-captioned
2 complaint as against all defendants, without prejudice, pursuant to Rule 41(a)(1) of the Federal
3 Rules of Civil Procedure.
4 Dated: May 30, 2008

5                                         LOMBARDO & GILLES, LLP

7                                 By: _____Kelly Sutherland_____
                                    Kelly McCarthy Sutherland
8                                     Attorneys for Plaintiffs
                                    ASA Farms, Inc., and Braga Ranch

*ASA Farms v. Fresh 'N Healthy, et al.*
Case No. C08-00122JF
Notice of Dismissal